1  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
2  ELLEN M. RICHMOND (State Bar No. 277266)
   ellen.richmond@mto.com
3  JOSH PATASHNIK (State Bar No. 295120)
   josh.patashnik@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
5  San Francisco, CA  94105-4000
   Telephone:     (415) 512-4000
6  Facsimile:     (415) 512-4077

7  JOHN W. SPIEGEL (State Bar No. 78935)
   john.spiegel@mto.com
8  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
9  Thirty-Fifth Floor
   Los Angeles, California 90071-1560
10 Telephone:     (213) 683-9100
   Facsimile:     (213) 687-3702

Attorneys for Airbnb, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIRBNB, INC., | Case No. 16-cv-03615 |
| Plaintiff, | **DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF AIRBNB, INC.'S MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

I, Jonathan H. Blavin, declare as follows:

1. I am an attorney licensed in the State of California and admitted to practice before this Court. I am counsel for Plaintiff Airbnb, Inc. in the above captioned matter. I have personal knowledge of the facts set forth below, and could testify competently to those facts if called to do so.

2. Attached hereto as Exhibit A is a true and correct copy of an article written by Caleb Pershan entitled "Campos Proposes Law to Fine Airbnb Directly for Unregistered SF Listings," published on April 25, 2016. The article is available online at http://sfist.com/2016/04/25/campos_proposes_legislation_to_hold.php.

3. Attached hereto as Exhibit B is a true and correct copy of a Facebook post by Supervisor Aaron Peskin, dated April 25, 2016. The post is available online at https://www.facebook.com/aaron.peskin/posts/1607597332893162?comment_id=1607725679546994&comment_tracking=%7B%22tn%22%3A%22R0%22%7D.

4. Attached hereto as Exhibit C is a true and correct copy of a press release from the office of Supervisor David Campos announcing "Legislation Holding Airbnb Accountable for Listing Illegal Short Term Rentals." It was published to Facebook by the SF Bay Times on April 25, 2016. The press release is available online at https://www.facebook.com/SanFranciscoBayTimes/posts/1188030017882628.

5. Attached hereto as Exhibit D is a true and correct copy of an article written by Emily Green entitled "SF Supes Crack Down on Unregistered Short-Term Rentals," published on June 7, 2016. The article is available online at http://www.sfgate.com/politics/article/Supervisors-No-unregistered-hosts-on-short-term-7969444.php.

6. Attached hereto as Exhibit E is a true and correct copy of a transcript produced by Munger, Tolles & Olson staff of a June 2, 2016 hearing of the San Francisco Board of Supervisors Government Audit and Oversight Committee. Video of the hearing is available online at http://goo.gl/PhCCsI. The relevant portion of the video begins at 8:48.

7. Attached hereto as Exhibit F is a true and correct copy of a report from the City and County of San Francisco Board of Supervisors Budget and Legislative Analyst's Office entitled

1  "Short-Term Rentals 2016 Update," dated April 7, 2016.  The report is available online at
2  http://www.sfbos.org/Modules/ShowDocument.aspx?documentid=55575.

3      8.    Attached hereto as Exhibit G is a true and correct copy of a Facebook post by Supervisor David Campos, dated April 25, 2016.  The post is available online at https://www.facebook.com/davidcampossf/posts/1190086794337275.

    9.    Attached hereto as Exhibit H is a true and correct copy of an article written by the Bay City News Service entitled "New Legislation Would Fine Airbnb for Listing Unregistered Properties," published on April 25, 2016.  The article is available online at http://www.sfgate.com/news/bayarea/article/New-Legislation-Would-Fine-Airbnb-For-Listing-7352453.php.

    10.    Attached hereto as Exhibit I is a true and correct copy of a transcript produced by Munger, Tolles & Olson staff of a June 7, 2016 hearing of the San Francisco Board of Supervisors.  Video of the hearing is available online at http://goo.gl/FWvlZw.  The relevant portion of the video begins at 43:00.

    11.    Attached hereto as Exhibit J is a true and correct copy of a white paper written by the San Francisco Bay Area Planning and Urban Research Association entitled "Non-Primary Residences and San Francisco's Housing Market," published on October 21, 2014.  The white paper is available online at http://www.spur.org/sites/default/files/publications_pdfs/SPUR_Non-Primary_Residences.pdf.

    12.    Attached hereto as Exhibit K is a true and copy of an article written by Vic Lee entitled "San Francisco Supes Going After Airbnb, Other Short-Term Rentals," published on April 25, 2016.  The article is available online at http://abc7news.com/realestate/sf-supes-going-after-airbnb-other-short-term-rentals/1308845/.

1 | I declare under penalty of perjury under the laws of the United States that the foregoing is
2 | true and correct.

4 | Executed on June 27, 2016, in San Francisco, California.

*/s/ Jonathan H. Blavin*
Jonathan H. Blavin