# EXHIBIT B

Case 3:16-cv-03615-JD Document 4-2 Filed 06/27/16 Page 2 of 2

Aaron Peskin - Time to act. We are closing a long-... 06/27/16, Facebook





Aaron Peskin
April 25

Time to act. We are closing a long-standing loophole by holding the hosting platforms accountable for the hundreds of units (rented by) unscrupulous individuals who have taken multiple units of affordable housing off the rental market. via SFGate http://www.sfchronicle.com/.../Airbnb-HomeAway-would-police-r...

**Airbnb, HomeAway would police rentals under proposed SF law**

Platforms that flout the mandate would face fines of up to $1,000 a day per listing and misdemeanor charges. When the city flags rentals that seem illegitimate, he...

SFCHRONICLE.COM

90 Likes  6 Comments  3 Shares

Share

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · More

Cookies · We've updated our policy. Learn More.

Facebook © 2016

To see more from Aaron Peskin on Facebook, log in or create an account.

Sign Up    Log In