# EXHIBIT G

facebook Sign Up

Email or Phone

Password

Log In

Forgot account?

**David Campos**
April 25 ·

75 percent of Airbnb hosts are flouting San Francisco's short term rental laws and Airbnb is doing nothing to stop them. Tomorrow I will be introducing legislation together with Supervisor Peskin that holds Airbnb and other hosting platforms accountable for advertising illegal short term rentals. My legislation does not change anything for hosts who are playing by the rules— it just ensures that web platforms are held accountable to the City's laws that have been In place for 18 months.

## Airbnb, HomeAway would police rentals under proposed SF law

Platforms that flout the mandate would face fines of up to $1,000 a day per listing and misdemeanor charges. When the city flags rentals that seem illegitimate, he…

SFCHRONICLE.COM

164 Likes 12 Comments 36 Shares

Share

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · More

Cookies · We've updated our policy. Learn More.

Facebook © 2016

**To see more from David Campos on Facebook, log in or create an account.**

Sign Up Log In


