1 | JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
2 | ELLEN M. RICHMOND (State Bar No. 277266)
ellen.richmond@mto.com
3 | JOSHUA PATASHNIK (State Bar No. 295120)
josh.patashnik@mto.com
4 | MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
5 | San Francisco, CA 94105-4000
Telephone: (415) 512-4000
6 | Facsimile: (415) 512-4077

7 | JOHN W. SPIEGEL (State Bar No. 78935)
john.spiegel@mto.com
8 | MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
9 | Los Angeles, California 90071-1560
Telephone: (213) 683-9100
10 | Facsimile: (213) 687-3702

11 | Attorneys for Plaintiff Airbnb, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIRBNB, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No. 16-cv-03615 <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

Before the Court is Plaintiff's Motion for a Preliminary Injunction. Having considered the papers and the entire record, the Court finds good cause to order the requested relief. Plaintiff has demonstrated that it is likely to succeed on the merits of its challenge to provisions 41A.5(e), 41A.5(g)(4)(C), and 41A.7(b)(1)–(3) of the San Francisco Administrative Code. Plaintiff has also established that it will suffer irreparable harm absent an injunction; that the balance of the equities tips in its favor; and that an injunction is in the public interest.

Accordingly, it is hereby ordered that Plaintiff's Motion for a Preliminary Injunction is GRANTED. Defendant City and County of San Francisco is hereby enjoined from taking any actions to enforce against Airbnb, Inc. provisions 41A.5(e), 41A.5(g)(4)(C), and 41A.7(b)(1)–(3) of the San Francisco Administrative Code, as well as the other portions of Chapter 41A of the San Francisco Administrative Code providing for enforcement and penalties based on those provisions. Accordingly, Defendant City and County of San Francisco, and its agents, servants, employees, and attorneys, shall take no actions to penalize Airbnb, Inc.—including any investigation, arrest, prosecution, or penalty—for: (a) the publication of rental advertisements or other information of third-party hosts on Airbnb.com; (b) the failure to verify whether a host or rental listing is associated with a valid registration number; (c) the failure to include a registration number in any advertisement of a third-party host on Airbnb.com; or (d) the failure to disclose to the City host information, including hosts' names and addresses.

Dated: _____

                                          United States District Court Judge