1  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
2  ELLEN M. RICHMOND (State Bar No. 277266)
   ellen.richmond@mto.com
3  JOSH PATASHNIK (State Bar No. 295120)
   josh.patashnik@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
5  San Francisco, CA  94105-4000
   Telephone:     (415) 512-4000
6  Facsimile:     (415) 512-4077

7  JOHN W. SPIEGEL (State Bar No. 78935)
   john.spiegel@mto.com
8  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
9  Thirty-Fifth Floor
   Los Angeles, California 90071-1560
10 Telephone:     (213) 683-9100
   Facsimile:     (213) 687-3702

Attorneys for Airbnb, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIRBNB, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　Defendant. | Case No. 16-cv-03615<br><br>**PLAINTIFF AIRBNB, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Brian Chesky, Nathan Blecharczak, Joe Gebbia, and Sequoia Capital XII, LP (a fund within Sequoia Capital Holding), each has a financial interest in Airbnb, Inc.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned also certifies that Airbnb, Inc. has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

DATED: June 27, 2016

MUNGER, TOLLES & OLSON LLP

JOHN W. SPIEGEL
JONATHAN H. BLAVIN
ELLEN M. RICHMOND
JOSHUA PATASHNIK

By: _____/s/ Jonathan H. Blavin_____
JONATHAN H. BLAVIN
Attorneys for Plaintiff Airbnb, Inc.