JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ELLEN M. RICHMOND (State Bar No. 277266)
ellen.richmond@mto.com
JOSHUA PATASHNIK (State Bar No. 295120)
josh.patashnik@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA  94105-4000
Telephone:     (415) 512-4000
Facsimile:      (415) 512-4077

JOHN W. SPIEGEL (State Bar No. 78935)
john.spiegel@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702

Attorneys for Plaintiff Airbnb, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIRBNB, INC.,<br><br>            Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>            Defendant. | Case No. 16-cv-03615-JD<br><br>**DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF JOINT ADMINISTRATIVE MOTION REGARDING SCHEDULE FOR PRELIMINARY INJUNCTION HEARING AND PAGE LIMITS**<br><br>Judge:        Hon. James Donato<br>Courtroom:   11<br>Action Filed:  June 27, 2016 |

I, Jonathan H. Blavin, declare as follows:

1. I am an attorney licensed in the State of California and admitted to practice before this Court. I am counsel for Plaintiff Airbnb, Inc. ("Airbnb") in the above-captioned matter. I have personal knowledge of the facts set forth below and could testify competently to those facts if called to do so.

2. On June 27, 2016, Airbnb filed a Complaint and a Motion for a Preliminary Injunction seeking to enjoin newly-amended Sections 41A.5(e), 41A.5(g)(4)(C), and 41A.7(b)(1)–(3) of the San Francisco Administrative Code (the "Ordinance"), enacted by the City and Country of San Francisco ("the City") on Friday June 24, 2016 and effective on July 24, 2016. On June 27, I transmitted digital versions of Airbnb's papers to the City Attorney's office by email. In that email, I asked whether the City would stipulate to a shortened briefing schedule and advanced hearing date for the Motion. Both the Complaint and the Motion were then formally served on June 28, 2016.

3. Airbnb's Motion argues that the Ordinance violates Airbnb's rights under the Communications Decency Act, 47 U.S.C. § 230 (the "CDA"), the Stored Communications Act, 18 U.S.C. §§ 2701 *et seq.* (the "SCA"), and the First Amendment. On that basis, Airbnb seeks to enjoin enforcement of the Ordinance.

4. The Motion for a Preliminary Injunction is currently scheduled to be heard on August 1, 2016, but as mentioned, the Ordinance that Airbnb seeks to enjoin will go into effect on July 24, 2016. As such, if the hearing is not advanced, the Ordinance would become effective before Airbnb's Motion for a Preliminary Injunction can be heard.

5. After assignment to this Court on June 28, 2016, I emailed the City Attorney's Office and asked whether the City would stipulate to the parties exceeding the page limitations set forth in paragraph 18 of the Court's Standing Order, and having those limits be set in accordance with Local Rules 7-2 and 7-3.

6. On June 28, 2016, I spoke with Tara Steeley and Robb Kappla from the City Attorney's office for the City and County of San Francisco by phone. The parties' discussed

-1-

1  Airbnb's requests regarding an expedited briefing schedule and advanced hearing date for the
2  Motion for a Preliminary Injunction, and page limits.
3      7.    The City agreed to submit a stipulated request for an expedited briefing schedule
4  and advanced hearing, as follows:

| | |
|---|---|
| City's Opposition | July 11, 2016 |
| Airbnb's Reply | July 15, 2016 |
| Hearing | July 20 or 22, 2016 |

8.    There have been no previous time modifications in this case.

9.    Given the early stage of this litigation, the requested time modification would not affect the schedule for this case, other than for the hearing on the Motion for a Preliminary Injunction.

10.    With respect to page limits, the City indicated that it did not think such an increase was necessary and declined to stipulate regarding increased page limits.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 29, 2016, in San Francisco, California.

                      */s/ Jonathan H. Blavin*
                        Jonathan H. Blavin