JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ELLEN M. RICHMOND (State Bar No. 277266)
ellen.richmond@mto.com
JOSHUA PATASHNIK (State Bar No. 295120)
josh.patashnik@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-4000
Telephone:    (415) 512-4000
Facsimile:     (415) 512-4077

JOHN W. SPIEGEL (State Bar No. 78935)
john.spiegel@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:    (213) 683-9100
Facsimile:     (213) 687-3702

Attorneys for Plaintiff Airbnb, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIRBNB, INC.,<br><br>            Plaintiff,<br><br>      vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>            Defendant. | Case No. 16-cv-03615-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR PRELIMINARY INJUNCTION HEARING**<br><br>Judge:            Hon. James Donato<br>Courtroom:     11<br>Action Filed:   June 27, 2016 |


1   Pursuant to Local Rule 6-2, Plaintiff Airbnb, Inc. ("Airbnb") and Defendant City and
2  County of San Francisco ("City") hereby stipulate to a request that the Court enter an order
3  modifying the briefing schedule and hearing date for Plaintiff's Motion for a Preliminary
4  Injunction.  Good cause exists for the modification, no prior schedule modifications have been
5  granted in this case, and the modification will not affect the schedule for the case going forward.

**RECITALS**

7   1.   Airbnb filed its Complaint and Motion for a Preliminary Injunction in this action on
8  June 27, 2016.  Dkt. Nos. 1, 3.
9   2.   The Complaint challenges newly-amended Sections 41A.5(e), 41A.5(g)(4)(C), and
10 41A.7(b)(1)–(3) of the San Francisco Administrative Code ("the Ordinance").
11  3.   The Ordinance was enacted by the City on June 24, 2016 and goes into effect on
12 July 24, 2016.
13  4.   Airbnb argues that the Ordinance violates its rights under the Communications
14 Decency Act, 47 U.S.C. § 230 (the "CDA"), the Stored Communications Act, 18 U.S.C. §§ 2701
15 et seq. (the "SCA"), and the First Amendment.  The City disagrees that the Ordinance violates
16 those laws.
17  5.   The hearing date on Airbnb's Motion for a Preliminary Injunction is currently
18 noticed for August 1, 2016, in accordance with Civil Local Rule 7-2(a)
19  6.   On June 28, 2016, the parties conferred by telephone and agreed to request an order
20 modifying the briefing schedule and advancing the hearing date on Plaintiff's Motion for a
21 Preliminary Injunction.
22  7.   Good cause exists for the modification of the hearing schedule.  The Ordinance that
23 Airbnb challenges in its Motion is set to go into effect on July 24, before the August 1 hearing
24 date.  As such, advancing the hearing date is necessary because otherwise, the Ordinance would go
25 into effect before Airbnb's rights under the CDA, the SCA, and the First Amendment can be
26 considered.

8. Neither Airbnb nor the City have previously requested a modification of any deadline or schedule in this case.

9. Given the early stage of this litigation, the requested time modification would not affect the schedule for this case, other than for the hearing on the Motion for a Preliminary Injunction.

## STIPULATION

Pursuant to Local Rule 6-2, the parties hereby stipulate to request an order modifying the briefing schedule and hearing date for Plaintiff's Motion for a Preliminary Injunction as follows:

| | |
|---|---|
| Defendant's Opposition | July 11, 2016 |
| Plaintiff's Reply | July 15, 2016 |
| Hearing | July 20 or 22, 2016 |

DATED: June 29, 2016

MUNGER, TOLLES & OLSON LLP
JOHN W. SPIEGEL
JONATHAN H. BLAVIN
ELLEN M. RICHMOND
JOSHUA PATASHNIK

By: */s/ Jonathan H. Blavin*
JONATHAN H. BLAVIN
Attorneys for Plaintiff Airbnb, Inc.

DATED: June 29, 2016

DENNIS J. HERRERA
City Attorney
TARA STEELEY
ROBB KAPLA
Deputy City Attorneys

By: */s/ Robb Kapla*
ROBB KAPLA
Attorneys for City and County of San Francisco

**FILER'S ATTESTATION**

I, Jonathan H. Blavin, am the ECF user whose identification and password are being used to file this Stipulation and Proposed Order Regarding Schedule for Preliminary Injunction Hearing. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

**[PROPOSED] ORDER**

Pursuant to the foregoing stipulation to modify the briefing schedule and advance the hearing date for Plaintiff's Motion for a Preliminary Injunction, the following deadlines and hearing date shall now apply for the Motion:

| | |
|---|---|
| Defendant's Opposition | July 11, 2016 |
| Plaintiff's Reply | July 15, 2016 |
| Hearing | July 20 / July 22, 2016 |

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated:_____

_____
Judge James Donato
United States District Court Judge