JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ELLEN M. RICHMOND (State Bar No. 277266)
ellen.richmond@mto.com
JOSHUA PATASHNIK (State Bar No. 295120)
josh.patashnik@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-4000
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

JOHN W. SPIEGEL (State Bar No. 78935)
john.spiegel@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Plaintiff Airbnb, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIRBNB, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>            Defendant. | Case No. 16-cv-03615-JD<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO INCREASE PAGE LIMITS FOR MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:           Hon. James Donato<br>Courtroom:    11<br>Action Filed:  June 27, 2016 |

Before the Court is Plaintiff Airbnb, Inc.'s request to increase the page limits for the briefing on the Motion for a Preliminary Injunction. Having considered the request and the entire record, the Court finds good cause to order the requested relief.

Accordingly, it is hereby ordered that the page limits for the briefing on Plaintiff's Motion for a Preliminary Injunction shall, in accordance with Local Rules 7-2 and 7-3, be as follows:

| | |
|---|---|
| Opening brief | 25 pages |
| Opposition brief | 25 pages |
| Reply brief | 15 pages |

Dated:_____

_____
Judge James Donato
United States District Court Judge