

Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045

**Ambika K. Doran**
206-757-8030 tel
206-757-7030 fax

ambikadoran@dwt.com

June 30, 2016

**Via ECF**

Hon. James Donato
District Judge, Northern District of California
San Francisco Courthouse
Courtroom 11, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     *Airbnb, Inc. v. City and County of San Francisco*, No. 16-cv-03615 (N.D. Cal.)

Dear Judge Donato:

We represent HomeAway.com, Inc. ("HomeAway"), which may seek to intervene in the above-referenced matter. We understand the Court has scheduled a telephonic status conference tomorrow, July 1, 2016, at 10 a.m.  HomeAway will be unable, however, to file a complaint before the conference.

HomeAway respectfully requests leave to participate in the conference.  Counsel for HomeAway has conferred with counsel for the parties, and neither objects to this request.  HomeAway believes its participation in the conference will promote judicial economy by addressing at one time the issues set forth in the Court's Order.

Sincerely

Davis Wright Tremaine LLP

/s/ Ambika K. Doran

Ambika K. Doran
James C. Grant


cc (via ECF):   Tara Steeley, Esq., Office of the City Attorney
                Jonathan Blavin, Esq., Airbnb Inc.

DWT 29959902v1 0098221-000004

Anchorage | New York | Seattle
Bellevue  | Portland | Shanghai
Los Angeles | San Francisco | Washington, D.C.

www.dwt.com