UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minute Order

Date: July 1, 2016            Judge: Hon. James Donato

Time: 17 Minutes

Case No.      **C-16-03615-JD**
Case Name     **Airbnb, Inc. v. City and County of San Francisco**

Attorney(s) for Plaintiff(s):       <u>Airbnb</u>: Jonathan H. Blavin/Darren S. Weingard/Matthew Zimmerman
                                      <u>HomeAway & Trip Advisor</u>: James C. Grant/Ambika Doran

Attorney(s) for Defendant(s):    Tara M. Steeley/Jim Emory

Court Reporter: Rhonda Aquilina

Deputy Clerk: Lisa Clark

### PROCEEDINGS

Reported Telephonic Status Conference - Held

### RESULT OF HEARING AND CASE MANAGEMENT ORDER

The Court discusses with the parties the pending motion for preliminary injunction.

Defendant CCSF agrees to stay enforcement of the statute at issue pending the Court's resolution of the preliminary injunction motion. It is so ordered.

Following the parties' input, the Court sets the following briefing and hearing schedule and page limits:

- <u>7/12/16</u>: HomeAway and Trip Advisor to file motion to intervene (or complaint and request to relate, whichever HomeAway and Trip Advisor believe to be both desirable and procedurally proper)

- <u>7/14/16</u>: HomeAway and Trip Advisor to file supplemental motion for preliminary injunction (12 pages max; not to duplicate Airbnb's arguments and to set out additional arguments specific to HomeAway and Trip Advisor only)

- 7/29/16:  City's opposition due (25 pages in response to Airbnb; 12 pages in response to HomeAway and Trip Advisor's supplemental motion)

- 8/5/16:  Airbnb's and HomeAway/Trip Advisor's replies due (10 pages each)

- 9/7/16 at 10 am:  Hearing on preliminary injunction motion.