JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ELLEN M. RICHMOND (State Bar No. 277266)
ellen.richmond@mto.com
JOSHUA PATASHNIK (State Bar No. 295120)
josh.patashnik@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-4000
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

JOHN W. SPIEGEL (State Bar No. 78935)
john.spiegel@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Plaintiff Airbnb, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIRBNB, INC., <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No. 16-cv-03615-JD <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING *AMICUS CURIAE* FILINGS** <br><br> Judge:  Hon. James Donato <br> Courtroom:  11 <br> Action Filed:  June 27, 2016 |

1   Pursuant to Local Rules 7-11 and 7-12, Plaintiff Airbnb, Inc. ("Airbnb"), HomeAway.com,
2  Inc. ("HomeAway"), and Defendant City and County of San Francisco ("City") (collectively, the
3  "Parties") hereby stipulate to a request that the Court enter an order setting deadlines for *amicus*
4  *curiae* filings related to the pending Motion for a Preliminary Injunction.

**STIPULATION**

6   WHEREAS, Airbnb filed its Complaint and Motion for a Preliminary Injunction in this
7  action on June 27, 2016, Dkt. Nos. 1, 3;

8   WHEREAS, on July 1, 2016, the Court held a telephonic hearing with counsel for the
9  Parties;

10  WHEREAS, the Court then issued a Case Management Order setting deadlines for a
11 briefing and hearing schedule regarding the Motion for a Preliminary Injunction, Dkt. No. 19;

12  WHEREAS, under the Court's Case Management Order, HomeAway's Supplemental
13 Motion for a Preliminary Injunction is due on July 14, 2016, the City's Opposition to Airbnb's
14 Motion for a Preliminary Injunction and HomeAway's Supplemental Motion for a Preliminary
15 Injunction is due on July 29, 2016, and Airbnb and HomeAway's Replies are due on August 5,
16 2016;

17  WHEREAS, the hearing on the Motion for a Preliminary Injunction is scheduled for
18 September 7, 2016;

19  WHEREAS, interested third parties have contacted the Parties regarding potentially filing
20 *amicus curiae* briefs with respect to the Motion for a Preliminary Injunction;

21  WHEREAS, the Parties do not oppose the filing of *amicus curiae* briefs in support of any
22 party;

23  WHEREAS, the Parties have reached a stipulated schedule for *amicus curiae* briefs;

24  WHEREAS, the stipulated schedule for *amicus curiae* briefs will allow the Parties
25 sufficient time to respond to such briefs under the current briefing schedule and allow potential
26 *amici* to plan when to file such briefs;

27
28

THE PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AS FOLLOWS:

Any motions for leave to file an *amicus curiae* brief and *amicus curiae* briefs concerning the Motion for a Preliminary Injunction filed on June 27, 2016 shall be filed in accordance with the following deadlines:

| | |
|---|---|
| *Amicus Curiae* Briefs in Support of Airbnb and HomeAway | July 19, 2016 |
| *Amicus Curiae* Briefs in Support of City | July 26, 2016 |

DATED:  July 8, 2016

MUNGER, TOLLES & OLSON LLP
    JOHN W. SPIEGEL
    JONATHAN H. BLAVIN
    ELLEN M. RICHMOND
    JOSHUA PATASHNIK

By: */s/ Jonathan H. Blavin*
    JONATHAN H. BLAVIN
Attorneys for Plaintiff Airbnb, Inc.

DATED:  July 8, 2016

DAVIS WRIGHT TREMAINE LLP
    JAMES C. GRANT
    AMBIKA K. DORAN

By: */s/ James C. Grant*
    JAMES C. GRANT
Attorneys for HomeAway.com, Inc.

1  DATED: July 8, 2016                    DENNIS J. HERRERA
                                          City Attorney
2                                         TARA STEELEY
                                          ROBB KAPLA
3                                         Deputy City Attorneys
4
5                              By:    */s/ Tara Steeley*
                                      TARA STEELEY
6                              Attorneys for Defendant City and County of San Francisco

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILER'S ATTESTATION**

I, Jonathan H. Blavin, am the ECF user whose identification and password are being used to file this Stipulation and Proposed Order Regarding *Amicus Curiae* Filings.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

1 **[PROPOSED] ORDER**

2   Pursuant to the foregoing stipulation regarding *amicus curiae* filings, the following
3 deadlines shall apply to motions for leave to file *amicus curiae* briefs and *amicus curiae* briefs
4 concerning the Motion for a Preliminary Injunction:

5   *Amicus Curiae* Briefs in Support of Airbnb and HomeAway          July 19, 2016
6   *Amicus Curiae* Briefs in Support of City                                        July 26, 2016

8 PURSUANT TO STIPULATION, IT IS SO ORDERED.

11 Dated:_____            _____
                                  Judge James Donato
12                                United States District Court Judge