THOMAS R. BURKE (CA State Bar No. 141930)
thomasburke@dwt.com
SANJAY M. NANGIA (CA State Bar No. 264986)
sanjaynangia@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

JAMES C. GRANT (*pro hac vice* application filed concurrently)
jamesgrant@dwt.com
AMBIKA K. DORAN (*pro hac vice* application filed concurrently)
ambikadoran@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

Attorneys for HomeAway.com, Inc.



IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

AIRBNB, INC.,

Plaintiff,

HOMEAWAY.COM, INC.,

Plaintiff-Intervenor,

v.

CITY AND COUNTY OF SAN FRANCISCO,

Defendant.

Case No. 3:16-cv-03615

**STIPULATION PERMITTING HOMEAWAY.COM, INC. TO INTERVENE; AND [PROPOSED] ORDER**

Plaintiff Airbnb, Inc. (“Airbnb”), Defendant City and County of San Francisco (“City”), and non-party HomeAway.com, Inc. (“HomeAway”) stipulate and agree as follows:

1. WHEREAS, on June 27, 2016, Airbnb filed this action, seeking a declaration that portions of a newly enacted San Francisco ordinance are invalid and unenforceable [Dkt. 1];

2. WHEREAS, Airbnb also filed a motion to preliminarily enjoin enforcement of the ordinance [Dkt. 3];

3. WHEREAS, on July 1, 2016, HomeAway indicated it may seek to intervene in this matter as a plaintiff [Dkt. 16];

4. WHEREAS, on July 1, 2016, the Court issued an order allowing HomeAway to file a motion to intervene or complaint and request to relate [Dkt. 19];

5. WHEREAS, in lieu of a motion to intervene, Airbnb and the City have agreed HomeAway may intervene as a plaintiff in this matter pursuant to Federal Rule of Civil Procedure 24.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel as follows:

1. Pursuant to the parties' stipulation and Fed. R. Civ. P. 24, HomeAway.com, Inc. is permitted to intervene in this matter.

DATED this 12th day of July, 2016.

DAVIS WRIGHT TREMAINE LLP

By *s/Sanjay Nangia*

Thomas R. Burke
Sanjay M. Nangia
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Fax: (415) 276-6599
E-mail: sanjaynangia@dwt.com
Email: thomasburke@dwt.com

James C. Grant, *pro hac vice* application to be filed
Ambika K. Doran, *pro hac vice* application to be filed
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: 206-757-8096
Fax: 206-757-7096
E-mail: jamesgrant@dwt.com
E-mail: ambikadoran@dwt.com

*Attorneys for HomeAway.com, Inc.*



DAVIS WRIGHT TREMAINE LLP

MUNGER, TOLLES AND OLSON

By s/Jonathan H. Blavin

Ellen M. Richmond (CA Bar No. 277266)
Jonathan H. Blavin (CA Bar No. 230269)
Joshua Patashnik (CA Bar No. 295120)
560 Mission St 27th Floor
San Francisco, CA 94105
Telephone: 415-512-4000
Facsimile: 415-512-4077
Email: ellen.richmond@mto.com
Email: jonathan.blavin@mto.com
Email: josh.patashnik@mto.com

John W. Spiegel
Munger Tolles & Olson
355 S Grand Ave 35FL
Los Angeles, CA 90071
Telephone: 213-683-9100
Facsimile: 213-687-3702
Email: john.spiegel@mto.com

*Attorneys for AirBnB, Inc.*

DENNIS J. HERRERA
CITY ATTORNEY
TARA STEELEY
DEPUTY CITY ATTORNEY
ROBB KAPLA
DEPUTY CITY ATTORNEY

By s/Tara Steeley

Tara Steeley, CA Bar No. 231775
San Francisco Office of the City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlet Place
San Francisco, CA 94102
Telephone: (415) 554-4655
Fax: (415) 437-4644
E-mail: tara.steeley@sfgov.org

*Attorneys for City and County of San Francisco*

DAVIS WRIGHT TREMAINE LLP

## FILER'S ATTESTATION

I, Sanjay M Nangia, am the ECF user whose identification and password are being used to file this Stipulation Permitting Homeaway.com, Inc. to Intervene; and [Proposed] Order. Pursuant to Civil Rule 5-1(i)(3), I attest that the other above-named signatories concur in this filing.

DAVIS WRIGHT TREMAINE LLP

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation and Fed. R. Civ. P. 24, HomeAway.com, Inc. is permitted to intervene as a plaintiff in this matter.

DATED this __ day of July, 2016.

____________________________________
The Honorable James Donato



DAVIS WRIGHT TREMAINE LLP