THOMAS R. BURKE (CA State Bar No. 141930)
SANJAY M. NANGIA (CA State Bar No. 264986)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599
Email: deborahadler@dwt.com

JAMES C. GRANT (*pro hac vice* application filed concurrently)
 jamesgrant@dwt.com
AMBIKA K. DORAN (*pro hac vice* application filed concurrently)
 ambikadoran@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

Attorneys for HomeAway.com, Inc.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIRBNB, INC.,<br><br>  Plaintiff,<br><br>HOMEAWAY.COM, INC.<br><br>  Plaintiffs-Intervenor,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>  Defendant. | Case No. 3:16-cv-03615<br><br>**PLAINTIFF-INTERVENOR'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15 AND F.R.C.P 7.1** |

Pursuant to Civil L.R. 3-15 and Fed. R. Civ. P. 7.1, the undersigned certifies that HomeAway.com, Inc. is wholly owned by HomeAway Holdings, Inc., a Delaware corporation, which is wholly owned by Expedia, Inc., a Washington corporation, which is wholly owned by Expedia, Inc., a publicly held Delaware corporation. Liberty Interactive Corporation owns 10 percent or more of Expedia, Inc.'s (Delaware) stock.

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. 3:16-cv-03615
DWT 29963105v1 0098221-000004

DATED this 12th day of July, 2016.

            DAVIS WRIGHT TREMAINE LLP

            By *s/Sanjay M. Nangia*
              Thomas R. Burke
              Sanjay M. Nangia
              505 Montgomery Street, Suite 800
              San Francisco, California 94111
              Telephone: (415) 276-6500
              Fax: (415) 276-6599
              E-mail: thomasburke@dwt.com
              E-mail: sanjaynangia@dwt.com

              James C. Grant, pro hac vice application filed concurrently
              Ambika K. Doran, pro hac vice application filed concurrently
              1201 Third Avenue, Suite 2200
              Seattle, WA 98101-3045
              Telephone: 206-757-8096
              Fax: 206-757-7096
              E-mail: jamesgrant@dwt.com
              E-mail: ambikadoran@dwt.com

              *Attorneys for HomeAway.com, Inc.*