THOMAS R. BURKE (CA State Bar No. 141930)
thomasburke@dwt.com
SANJAY M. NANGIA (CA State Bar No. 264986)
sanjaynangia@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599

JAMES C. GRANT (*pro hac vice* application filed concurrently)
jamesgrant@dwt.com
AMBIKA K. DORAN (*pro hac vice* application filed concurrently)
ambikadoran@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington  98101
Telephone:     (206) 622-3150
Facsimile:     (206) 757-7700

Attorneys for HomeAway.com, Inc.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIRBNB, INC., <br><br> Plaintiff, <br><br> HOMEAWAY.COM, INC., <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No. 3:16-cv-03615 <br><br> **STIPULATION VACATING DEADLINE FOR HOMEAWAY.COM, INC. TO FILE SUPPLEMENTAL MOTION FOR PRELIMINARY INJUNCTION** |

Plaintiff Airbnb, Inc. ("Airbnb"), Defendant City and County of San Francisco ("City"), and proposed Plaintiff-Intervenor HomeAway.com, Inc. ("HomeAway") stipulate and agree as follows:

1. WHEREAS, on June 27, 2016, Airbnb filed this action, seeking a declaration that portions of a newly enacted San Francisco ordinance are invalid and unenforceable [Dkt. 1];

1

DAVIS WRIGHT TREMAINE LLP

2.    WHEREAS, on July 12, 2016, the parties stipulated that HomeAway may intervene as a plaintiff in this matter [Dkt. 23];

3.    WHEREAS, an amended version of the ordinance has been introduced in the Board of Supervisors;

4.    WHEREAS, the City intends to file an unopposed motion to stay the proceedings pending the outcome of the legislative process as to the proposed amendments;

5.    WHEREAS, on July 1, 2016, the Court entered an order setting a July 14, 2016, deadline for HomeAway to file a supplemental motion for preliminary injunction;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel as follows:

1.    The July 14, 2016, deadline for HomeAway to file a supplemental motion for preliminary injunction is vacated.

DATED this 13th day of July, 2016.

DAVIS WRIGHT TREMAINE LLP

By  *s/Sanjay Nangia*
Thomas R. Burke
Sanjay M. Nangia
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:  (415) 276-6500
Fax:  (415) 276-6599
E-mail:  sanjaynangia@dwt.com
Email:   thomasburke@dwt.com

James C. Grant, *pro hac vice* application to be filed
Ambika K. Doran, *pro hac vice* application to be filed
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
Telephone: 206-757-8096
Fax: 206-757-7096
E-mail:  jamesgrant@dwt.com
E-mail:  ambikadoran@dwt.com

*Attorneys for HomeAway.com, Inc.*

MUNGER, TOLLES AND OLSON

By <u>s/Jonathan H. Blavin</u>
　　Ellen M. Richmond (CA Bar No. 277266)
　　Jonathan H. Blavin (CA Bar No. 230269)
　　Joshua Patashnik (CA Bar No. 295120)
　　560 Mission St  27th Floor
　　San Francisco, CA 94105
　　Telephone: 415-512-4000
　　Facsimile:  415-512-4077
　　Email: ellen.richmond@mto.com
　　Email:  jonathan.blavin@mto.com
　　Email:  josh.patashnik@mto.com

　　John W. Spiegel
　　Munger Tolles & Olson
　　355 S Grand Ave 35FL
　　Los Angeles, CA 90071
　　Telephone:  213-683-9100
　　Facsimile:  213-687-3702
　　Email:  john.spiegel@mto.com

　　*Attorneys for AirBnB, Inc.*

DENNIS J. HERRERA
CITY ATTORNEY
TARA STEELEY
DEPUTY CITY ATTORNEY
ROBB KAPLA
DEPUTY CITY ATTORNEY


By <u>s/Tara Steeley</u>
　　Tara Steeley, CA Bar No. 231775
　　San Francisco Office of the City Attorney
　　City Hall, Room 234
　　1 Dr. Carlton B. Goodlet Place
　　San Francisco, CA  94102
　　Telephone:  (415) 554-4655
　　Fax:  (415) 437-4644
　　E-mail:  tara.steeley@sfgov.org

　　*Attorneys for City and County of San Francisco*

**FILER'S ATTESTATION**

I, Sanjay M Nangia, am the ECF user whose identification and password are being used to file this Stipulation Permitting Homeaway.com, Inc. to Intervene; and [Proposed] Order. Pursuant to Civil Rule 5-1(i)(3), I attest that the other above-named signatories concur in this filing.

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, the July 14, 2016, deadline for HomeAway.com, Inc. to file a supplemental motion for preliminary injunction is vacated..

DATED this __ day of July, 2016.

_____
The Honorable James Donato