DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
JAMES M. EMERY, State Bar #153630
TARA M. STEELEY, State Bar #231775
ROBB W. KAPLA, State Bar #238896
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:  (415) 554-4655
Facsimile:  (415) 554-4699
E-Mail:  tara.steeley@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRBNB, INC.,<br><br>　　　Plaintiff,<br><br>HOMEAWAY.COM, INC.,<br><br>　　　Plaintiff-Intervenor,<br><br>　　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　Defendant. | Case No. 3:16-cv-03615-JD<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO STAY PROCEEDINGS BECAUSE OF PROPOSED AMENDMENTS TO THE ORDINANCE**<br><br>Trial Date:　　　Not set |

## INTRODUCTION

Defendant City and County of San Francisco ("the City") submits this unopposed administrative motion pursuant to Local Rule 7-11 to stay the proceedings for sixty (60) days in light of proposed amendments to the challenged law that have been introduced before the Board of Supervisors. Plaintiffs Airbnb, Inc. ("Airbnb") and Homeaway.Com, Inc. ("Homeaway") have informed the City that they do not oppose the relief sought in this Motion, and take no position regarding the proposed amendments. (Steeley Dec. ¶¶ 5-6.)

## DISCUSSION

On June 27, 2016, Airbnb filed its Complaint and Motion for a Preliminary Injunction in this action. Dkt. Nos. 1, 3. On July 12, 2016, Homeaway filed a Complaint in Intervention. Dkt. 24. Both complaints challenge Sections 41A.5(e), 41A.5(g)(4)(C), and 41A.7(b)(1)–(3) of the San Francisco Administrative Code ("the Ordinance"). Airbnb's complaint argues that the Ordinance violates its rights under the Communications Decency Act, 47 U.S.C. § 230 (the "CDA"), the Stored Communications Act, 18 U.S.C. §§ 2701 et seq. (the "SCA"), and the First Amendment. Homeaway's complaint argues that the Ordinance violates those same laws, as well as the Dormant Commerce Clause and the Fourteenth Amendment.

On July 12, 2016, Supervisor David Campos of the San Francisco Board of Supervisors introduced substantive amendments to the Sections of the Administrative Code at issue in this litigation. (Steeley Dec. ¶ 2.) Those proposed amendments would, if adopted, significantly alter Plaintiffs' obligations under San Francisco law and may moot some, if not all, of the causes of action in Plaintiffs' complaints. The City currently expects that the Board of Supervisors will decide whether to enact the proposed amendments by the beginning or middle of August 2016. If enacted by the Board, the Mayor has a 10-day period in which to sign the legislation. The amendments would take effect thirty (30) days after approval by the Mayor.

Pursuant to the Court's Order dated July 1, 2016, Homeaway's motion for a preliminary injunction is due July 14, 2016, the City's responses to both Plaintiffs' motions are due July 29, 2016, and replies are due August 5, 2016. A hearing on the Motions for Preliminary Injunction is set for September 7, 2016.

In light of the uncertainty in the law, it would be inefficient for the parties to continue to brief – or for the Court to consider – the constitutionality of the Ordinance while substantive amendments are pending.  Thus, the City requests an order staying the litigation for sixty (60) days to allow time for the uncertainty in the law to resolve.  The City has previously agreed to not enforce the Ordinance against the short term rental hosting platforms (such as Airbnb and Homeaway) pending resolution of the preliminary injunction motions, and also agrees to not enforce the Ordinance during the proposed sixty (60) day stay.

**CONCLUSION**

For the reasons set forth herein, the City requests that the Court enter the attached order staying the litigation – and all pending deadlines – for sixty (60) days to allow time for the Board of Supervisors to consider and to act on the proposed amendments.  The City agrees that it will not enforce the Ordinance during that sixty (60) day period.  Airbnb and Homeaway do not oppose the relief sought in this Motion, and take no position regarding the proposed amendments.

Dated:  July 14, 2016

        DENNIS J. HERRERA
        City Attorney
        WAYNE SNODGRASS
        JAMES M. EMERY
        TARA M. STEELEY
        ROBB W. KAPLA
        Deputy City Attorneys


By: *s/Tara M. Steeley*
      TARA M. STEELEY

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO