DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE SNODGRASS, State Bar #148137
JAMES M. EMERY, State Bar #153630
TARA M. STEELEY, State Bar #231775
ROBB W. KAPLA, State Bar #238896
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4655
Facsimile:     (415) 554-4699
E-Mail:        tara.steeley@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRBNB, INC.,<br><br>        Plaintiff,<br><br>HOMEAWAY.COM, INC.,<br><br>        Plaintiff-Intervenor,<br><br>        vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>        Defendant. | Case No. 3:16-cv-03615-JD<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED ADMINISTRATIVE MOTION TO STAY PROCEEDINGS BECAUSE OF PROPOSED AMENDMENTS TO THE ORDINANCE**<br><br>Trial Date:           Not set |

1   On July 14, 2016, Defendant City and County of San Francisco's ("The City") filed an
2   Unopposed Administrative Motion to Stay Because of Proposed Amendments to the Ordinance
3   ("Motion").  Having considered that Motion, IT IS HEREBY ORDERED that the Motion is
4   GRANTED.  The litigation – and pending deadlines – are hereby stayed for sixty (60) days from the
5   date this order is filed.

8   Dated:  July _____, 2016            _____
9                                       The Honorable James Donato
                                        JUDGE OF THE UNITED STATES DISTRICT COURT