Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

AIRBNB, INC.,

        Plaintiff(s),

   v.

CITY AND COUNTY OF SF

        Defendant(s).

Case No: 16-cv-03615-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ambika K. Doran, an active member in good standing of the bar of Washington, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: HomeAway.com, Inc. in the above-entitled action. My local co-counsel in this case is Sanjay M. Nangia, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My Address of Record: | Local Co-Counsel's Address of Record: |
|---|---|
| Davis Wright Tremaine, 1201 3rd Ave, Suite 2200, Seattle, WA 98101 | Davis Wright Tremaine LLP, 505 Montgomery Street, Suite 800, San Francisco, CA 94111 |
| My Telephone # of Record: | Local Co-Counsel's Telephone # of Record: |
| (206) 622-3150 | (415) 276-6500 |
| My Email Address of Record: | Local Co-Counsel's Email Address of Record: |
| ambikadoran@dwt.com | sanjaynangia@dwt.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 38237.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 07/12/16

                                                  Ambika K. Doran
                                                     APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ambika K. Doran is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/18/16

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                               *October 2012*