THOMAS R. BURKE (CA State Bar No. 141930)
thomasburke@dwt.com
SANJAY M. NANGIA (CA State Bar No. 264986)
sanjaynangia@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599

JAMES C. GRANT (*pro hac vice* application filed concurrently)
jamesgrant@dwt.com
AMBIKA K. DORAN (*pro hac vice* application filed concurrently)
ambikadoran@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington  98101
Telephone:    (206) 622-3150
Facsimile:    (206) 757-7700

Attorneys for HomeAway.com, Inc.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIRBNB, INC., | Case No. 3:16-cv-03615 |
| Plaintiff, | **STIPULATION PERMITTING HOMEAWAY.COM, INC. TO INTERVENE; AND [PROPOSED] ORDER** |
| HOMEAWAY.COM, INC., | |
| Plaintiff-Intervenor, | |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. | |

Plaintiff Airbnb, Inc. ("Airbnb"), Defendant City and County of San Francisco ("City"), and non-party HomeAway.com, Inc. ("HomeAway") stipulate and agree as follows:

1.      WHEREAS, on June 27, 2016, Airbnb filed this action, seeking a declaration that portions of a newly enacted San Francisco ordinance are invalid and unenforceable [Dkt. 1];

DAVIS WRIGHT TREMAINE LLP

2.      WHEREAS, Airbnb also filed a motion to preliminarily enjoin enforcement of the ordinance [Dkt. 3];

3.      WHEREAS, on July 1, 2016, HomeAway indicated it may seek to intervene in this matter as a plaintiff [Dkt. 16];

4.      WHEREAS, on July 1, 2016, the Court issued an order allowing HomeAway to file a motion to intervene or complaint and request to relate [Dkt. 19];

5.      WHEREAS, in lieu of a motion to intervene, Airbnb and the City have agreed HomeAway may intervene as a plaintiff in this matter pursuant to Federal Rule of Civil Procedure 24.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel as follows:

1.      Pursuant to the parties' stipulation and Fed. R. Civ. P. 24, HomeAway.com, Inc. is permitted to intervene in this matter.

DATED this 12th day of July, 2016.

DAVIS WRIGHT TREMAINE LLP

By   *s/Sanjay Nangia*
     Thomas R. Burke
     Sanjay M. Nangia
     505 Montgomery Street, Suite 800
     San Francisco, California  94111
     Telephone:  (415) 276-6500
     Fax:  (415) 276-6599
     E-mail:  sanjaynangia@dwt.com
     Email:   thomasburke@dwt.com

     James C. Grant, *pro hac vice* application to be filed
     Ambika K. Doran, *pro hac vice* application to be filed
     1201 Third Avenue, Suite 2200
     Seattle, WA  98101-3045
     Telephone: 206-757-8096
     Fax: 206-757-7096
     E-mail:  jamesgrant@dwt.com
     E-mail:  ambikadoran@dwt.com

     *Attorneys for HomeAway.com, Inc.*

DAVIS WRIGHT TREMAINE LLP

MUNGER, TOLLES AND OLSON

By   s/Jonathan H. Blavin
    Ellen M. Richmond (CA Bar No. 277266)
    Jonathan H. Blavin (CA Bar No. 230269)
    Joshua Patashnik (CA Bar No. 295120)
    560 Mission St  27th Floor
    San Francisco, CA 94105
    Telephone: 415-512-4000
    Facsimile:  415-512-4077
    Email: ellen.richmond@mto.com
    Email:  jonathan.blavin@mto.com
    Email:  josh.patashnik@mto.com

    John W. Spiegel
    Munger Tolles & Olson
    355 S Grand Ave 35FL
    Los Angeles, CA 90071
    Telephone:  213-683-9100
    Facsimile:  213-687-3702
    Email:  john.spiegel@mto.com

    *Attorneys for AirBnB, Inc.*

DENNIS J. HERRERA
CITY ATTORNEY
TARA STEELEY
DEPUTY CITY ATTORNEY
ROBB KAPLA
DEPUTY CITY ATTORNEY

By   s/Tara Steeley
    Tara Steeley, CA Bar No. 231775
    San Francisco Office of the City Attorney
    City Hall, Room 234
    1 Dr. Carlton B. Goodlet Place
    San Francisco, CA  94102
    Telephone:  (415) 554-4655
    Fax:  (415) 437-4644
    E-mail:  tara.steeley@sfgov.org

    *Attorneys for City and County of San Francisco*

DAVIS WRIGHT TREMAINE LLP

1

## [PROPOSED] ORDER

2

3      Pursuant to the parties' stipulation and Fed. R. Civ. P. 24, HomeAway.com, Inc. is

4   permitted to intervene as a plaintiff in this matter.

5

6   DATED this 19th day of July, 2016.

7      The Honora



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVIS WRIGHT TREMAINE LLP

STIPULATION PERMITTING INTERVENTION
Case No. 3:16-cv-03615
DWT 29964258v2 0098221-000004