UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: August 22, 2016                      Judge: Hon. James Donato

Time: 10 Minutes

Court Reporter: Lydia Zinn

Case No. **C-16-3615-JD**
Case Name **Airbnb, Inc. v. City & County of San Francisco**

Attorneys for Plaintiffs:      Airbnb: Jonathan Blavin/Joshua Patashnik/Mathew Zimmerman
                                       HomeAway: James Grant/Ambika Doran

Attorney for Defendant:      James Emery

Deputy Clerk: Lisa Clark

## PROCEEDINGS

Telephonic Status Hearing - Held

## RESULT OF HEARING

The Court discusses with the parties the forthcoming first amended complaint and motion for preliminary injunction.

A hearing on the forthcoming preliminary injunction motion is set for October 6, 2016, at 10:00 am. The parties will agree on a briefing schedule, with plaintiffs' reply brief filed on or before September 26, 2016. Plaintiffs are allowed a maximum of 30 pages for their combined opening brief and a maximum of 15 pages for their combined reply brief. Defendant is allowed a maximum of 30 pages for its response brief. The parties are reminded that these page numbers represent absolute outer limits, not recommended lengths.

Defendant agrees to a continued stay of enforcement of the statute at issue pending the Court's resolution of the forthcoming preliminary injunction motion.