1  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
2  ELLEN M. RICHMOND (State Bar No. 277266)
   ellen.richmond@mto.com
3  JOSHUA PATASHNIK (State Bar No. 295120)
   josh.patashnik@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
5  San Francisco, CA 94105-4000
   Telephone:    (415) 512-4000
6  Facsimile:    (415) 512-4077

7  JOHN W. SPIEGEL (State Bar No. 78935)
   john.spiegel@mto.com
8  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
9  Los Angeles, California 90071-1560
   Telephone:    (213) 683-9100
10 Facsimile:    (213) 687-3702

11 Attorneys for Plaintiff Airbnb, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIRBNB, INC., <br><br> Plaintiff, <br><br> HOMEAWAY.COM, INC., <br><br> Plaintiff-Intervenor, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No. 3:16-cv-03615-JD <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION** <br><br> Judge: Hon. James Donato <br> Courtroom: 11 <br> Action Filed: June 27, 2016 |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, Plaintiff Airbnb, Inc. ("Airbnb") filed its Complaint and Motion for a |
| 3 | Preliminary Injunction in this action on June 27, 2016, Dkt. Nos. 1, 3; |
| 4 | WHEREAS, the Complaint challenged amended Sections 41A.5(e), 41A.5(g)(4)(C), and |
| 5 | 41A.7(b)(1)–(3) of the San Francisco Administrative Code ("the Ordinance"); |
| 6 | WHEREAS, on July 12, 2016, Plaintiff HomeAway.com, Inc. ("HomeAway") filed a |
| 7 | Complaint in Intervention challenging the same provisions of the Ordinance, Dkt. No. 24; |
| 8 | WHEREAS, on July 12, 2016, an amended version of the Ordinance was introduced at a |
| 9 | San Francisco Board of Supervisors hearing; |
| 10 | WHEREAS, on July 14, 2016, Defendant City and County of San Francisco (the "City") |
| 11 | filed an unopposed administrative motion to stay proceedings in light of the proposed amendments |
| 12 | to the Ordinance, Dkt. No. 31; |
| 13 | WHEREAS, on July 19, 2016, the Court entered an order staying the case pending |
| 14 | completion of the amendment process, Dkt. No. 36; |
| 15 | WHEREAS, on August 11, 2016, an amended version of the Ordinance was enacted; |
| 16 | WHEREAS, on August 22, 2016, the Court held a telephonic status hearing, at which the |
| 17 | Court instructed the parties to agree on a briefing schedule for Plaintiffs' anticipated Joint Motion |
| 18 | for a Preliminary Injunction to enjoin enforcement of the amended Ordinance, Dkt. No. 44; |
| 19 | THE PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY |
| 20 | STIPULATE AS FOLLOWS: |
| 21 | The following deadlines shall apply to the filing of Plaintiffs' Amended Complaints and to |
| 22 | the briefing for Plaintiffs' Joint Motion for a Preliminary Injunction: |

| | |
|---|---|
| Plaintiffs' Amended Complaints | September 6, 2016 |
| Plaintiffs' Joint Motion for Preliminary Injunction | September 6, 2016 |
| *Amicus Curiae* Briefs in Support of Plaintiffs' Motion | September 9, 2016 |
| Defendant's Opposition | September 19, 2016 |
| Plaintiffs' Joint Reply | September 26, 2016 |

The terms of the Court's July 11, 2016 order regarding *amicus curiae* briefs (Dkt. No. 22) shall apply to any *amicus curiae* brief filed on September 9, 2016.

DATED: August 23, 2016

MUNGER, TOLLES & OLSON LLP
JOHN W. SPIEGEL
JONATHAN H. BLAVIN
ELLEN M. RICHMOND
JOSHUA PATASHNIK

By: */s/ Jonathan H. Blavin*
JONATHAN H. BLAVIN
Attorneys for Plaintiff Airbnb, Inc.

DATED: August 23, 2016

DAVIS WRIGHT TREMAINE LLP
JAMES C. GRANT
AMBIKA K. DORAN

By: */s/ James C. Grant*
JAMES C. GRANT
Attorneys for Plaintiff-Intervenor HomeAway.com, Inc.

DATED: August 23, 2016

DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
JAMES M. EMERY
TARA M. STEELEY
ROBB W. K.APLA
Deputy City Attorneys

By: */s/ James M. Emery*
JAMES M. EMERY
Attorneys for Defendant City and County of San Francisco

## **FILER'S ATTESTATION**

I, Jonathan H. Blavin, am the ECF user whose identification and password are being used to file this Stipulation and Proposed Order Regarding Briefing Schedule for Motion for Preliminary Injunction. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, the following deadlines shall apply to the filing of Plaintiffs' Amended Complaints and to the briefing for Plaintiffs' Joint Motion for a Preliminary Injunction:

| | |
|---|---|
| Plaintiffs' Amended Complaints | September 6, 2016 |
| Plaintiffs' Joint Motion for Preliminary Injunction | September 6, 2016 |
| *Amicus Curiae* Briefs in Support of Plaintiffs' Motion | September 9, 2016 |
| Defendant's Opposition | September 19, 2016 |
| Plaintiffs' Joint Reply | September 26, 2016 |

The terms of the Court's July 11, 2016 order regarding *amicus curiae* briefs (Dkt. No. 22) shall apply to any *amicus curiae* brief filed on September 9, 2016.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated:_____

Judge James Donato
United States District Court Judge