# Appendix A

AMENDED IN BOARD
07/26/16

FILE NO. 160790                                    ORDINANCE NO. **178-16**

1    [Administrative Code - Short-Term Residential Rentals]

2

3    **Ordinance amending the Administrative Code to revise the Residential Unit Conversion**

4    **Ordinance to require Hosting Platforms to verify that a Residential Unit is on the City**

5    **Registry prior to accepting a fee for booking a short-term rental transaction, and to**

6    **provide an affidavit of compliance to the City and retain certain records; authorize the**

7    **Office of Short Term Rentals to issue an administrative subpoena to obtain records;**

8    **and provide for civil, administrative, and criminal penalties against Hosting Platforms**

9    **for violations of their obligations under the Residential Unit Conversion Ordinance; and**

10   **affirming the Planning Department's determination under the California Environmental**

11   **Quality Act.**

12            NOTE:        **Unchanged Code text and uncodified text** are in plain Arial font.
                           **Additions to Codes** are in _single-underline italics Times New Roman font_.
13                         **Deletions to Codes** are in ~~_strikethrough italics Times New Roman font_~~.
                           **Board amendment additions** are in double-underlined Arial font.
14                         **Board amendment deletions** are in ~~strikethrough Arial font~~.
                           **Asterisks (*   *   *)** indicate the omission of unchanged Code
15                         subsections or parts of tables.

16
17   Be it ordained by the People of the City and County of San Francisco:

18        Section 1. Environmental Findings. The Planning Department has determined that the

19   actions contemplated in this ordinance comply with the California Environmental Quality Act

20   (California Public Resources Code Sections 21000 et seq.).  Said determination is on file with

21   the Clerk of the Board of Supervisors in File No. 160790 and is incorporated herein by

22   reference. The Board affirms this determination.

23

24        Section 2.  The Administrative Code is hereby amended by revising Sections 41A.4,

25   41A.5, 41A.6, and 41A.7, to read as follows:

Supervisors Campos; Peskin, Avalos, Mar
**BOARD OF SUPERVISORS**

**SEC. 41A.4.  DEFINITIONS.**

Whenever used in this Chapter 41A, the following words and phrases shall have the definitions provided in this Section:

*__Booking Service.__ A Booking Service is any reservation and/or payment service provided by a person or entity that facilitates a short-term rental transaction between an Owner or Business Entity and a prospective tourist or transient user, and for which the person or entity collects* or receives, directly or indirectly through an agent or intermediary, *a fee in connection with the reservation and/*or *payment services provided for the short-term rental transaction.*

\*    \*    \*    \*

**Hosting Platform.** A person or entity that participates in *the* short-term rental business by providing, ~~a means~~ *and collecting* or receiving *a fee for, Booking Services* through which an Owner may offer a Residential Unit for Tourist or Transient Use. ~~This business service is~~*Hosting Platforms* usually, though not necessarily, provide~~d~~ *Booking Services* through an online platform that allows an Owner to advertise the Residential Unit through a website provided by the Hosting Platform and ~~provides a means for~~ *the Hosting Platform conducts a transaction by which* potential tourist or transient users ~~to~~ arrange Tourist or Transient Use and payment, whether the tourist or transient pays rent directly to the Owner or to the Hosting Platform.

\*    \*    \*    \*

**SEC. 41A.5.  UNLAWFUL CONVERSION; REMEDIES.**

\*    \*    \*    \*

(e) **Criminal Penalties.** Any Owner or Business Entity who rents a Residential Unit for Tourist or Transient Use in violation of this Chapter 41A, or any Hosting Platform that provides *a Booking Service* ~~a listing~~ for a Residential Unit *to be used* for Tourist or Transient Use in violation of *the Hosting Platform's obligations under* this Chapter 41A, ~~without correcting or remedying the violation as provided for in subsection 41A.6(e)(6),~~ shall be guilty of a misdemeanor.

1   Any person convicted of a misdemeanor hereunder shall be punishable by a fine of not more

2   than $1,000 or by imprisonment in the County Jail for a period of not more than six months, or

3   by both. Each Residential Unit rented for Tourist or Transient Use shall constitute a separate

4   offense.

5   　　　　*　　*　　*　　*

6   　　　(g)　**Exception for Short-Term Residential Rental.**

7   　　　　*　　*　　*　　*

8   　　　　　(4)　**Requirements for Hosting Platforms.**

9   　　　　　　　(A)　~~Notice to Users of Hosting Platform.~~ All Hosting Platforms shall

10   provide the following information in a notice to any user listing a Residential Unit located

11   within the City and County of San Francisco through the Hosting Platform's service. The

12   notice shall be provided prior to the user listing the Residential Unit and shall include the

13   following information: that Administrative Code Chapters 37 and 41A regulate Short-Term

14   Rental of Residential Units; the requirements for Permanent Residency and registration of the

15   unit with the Department; and the transient occupancy tax obligations to the City.

16   　　　　　　　(B)　A Hosting Platform shall comply with the requirements of the

17   Business and Tax Regulations Code by, among any other applicable requirements, collecting

18   and remitting all required Transient Occupancy Taxes, and this provision shall not relieve a

19   Hosting Platform of liability related to an occupant's, resident's, Business Entity's, or Owner's

20   failure to comply with the requirements of the Business and Tax Regulations Code. A Hosting

21   Platform shall maintain a record demonstrating that the taxes have been remitted to the Tax

22   Collector. ~~and shall make this record available to the Tax Collector upon request.~~

23   　　　　　　　(C)　*A Hosting Platform may provide, and collect a fee for, Booking Services in*

24   *connection with short-term rentals for Residential Units located in the City and County of San*

25   *Francisco only when those Residential Units are lawfully registered on the Short Term Residential*

1    *Rental Registry at the time the Residential Unit is rented for short term rental.* ~~Prior to providing~~

2    ~~reservation and payment services for a listing of a Residential Unit within the City to be rented for~~

3    ~~Tourist or Transient Use, a Hosting Platform shall verify with the Office of Short-Term Residential~~

4    ~~Rental Administration and Enforcement that the Residential Unit is listed on the Registry and has a~~

5    ~~valid registration number.   For each listing active on the effective date of the ordinance in Board File~~

6    ~~No.160423 and thereafter, Hosting Platforms shall comply with this subsection (g)(4)(C) by:~~

7    ~~(i) Providing the verified registration number on each listing in the area~~

8    ~~of the listing dedicated to information verified or compiled by the Hosting Platform about the host, such~~

9    ~~as host response rate, host ratings, and date of joining the platform prior to conducting any booking~~

10   ~~service for such host; or~~

11   ~~(ii)  Sending the verified registration number, Residential Unit street~~

12   ~~address (including any unit number), and host name to the Office of Short-Term Residential Rental~~

13   ~~Administration and Enforcement by electronic mail prior to posting the listing on the platform.~~

14   ~~Consistent with protections for Registry information, the Office of Short-Term Residential Rental~~

15   ~~Administration and Enforcement, to the extent permitted by law, shall redact registered Permanent~~

16   ~~Resident names and street and unit numbers from the records available for public review.~~

17   ~~(D)   Any violation of a Hosting Platform's responsibilities under subsections (g)(4)(A),~~

18   ~~(B), or (C), or 41A.7(b) shall subject the Hosting Platform to the administrative penalties and~~

19   ~~enforcement provisions of this Chapter 41A, including but not limited to payment of civil penalties of up~~

20   ~~to $1,000 per day for the period of the failure to comply, with the exception that any violation related to~~

21   ~~failure to comply with the requirements of the Business and Tax Regulations Code shall be enforced by~~

22   ~~the Treasurer/Tax Collector under that Code.~~

23   *(D)  Commencing November 5, 2016, and on the fifth day of every month*

24   *thereafter, a Hosting Platform shall provide a signed affidavit to the Office of Short Term Rentals*

25

1     *verifying that the Hosting Platform has complied with subsection (g)(4)(C) of this Section 41A.5 in the*

2     *immediately preceding month.*

3                   *(E)      For not less than three years following the end of the calendar year in*

4     *which the short-term rental transaction occurred, the Hosting Platform shall maintain and be able, in*

5     *response to a lawful request, to provide to the Office of Short Term Rentals for each short-term rental*

6     *transaction for which a Hosting Platform has provided a Booking Service:*

7                    *(i)      The name of the Owner or Business Entity who offered a*

8     *Residential Unit for Tourist or Transient Use,*

9                    *(ii)     The address of the Residential Unit,*

10                   *(iii)    The dates for which the tourist or transient user procured use of*

11     *the Residential Unit using the Booking Service provided by the Hosting Platform,*

12                   *(iv)    The registration number for the Residential Unit, and*

13                   *(v)     The affidavit required in subsection (g)(4)(D).*

14         (5)   The exception set forth in this subsection (g) provides an exception only to

15 the requirements of this Chapter 41A. It does not confer a right to lease, sublease, or

16 otherwise offer a residential unit for Short-Term Residential Use where such use is not

17 otherwise allowed by law, a homeowners association agreement or requirements, any

18 applicable covenant, condition, and restriction, a rental agreement, or any other restriction,

19 requirement, or enforceable agreement. All Owners and residents are required to comply with

20 the requirements of Administrative Code Chapter 37, the Residential Rent Stabilization and

21 Arbitration Ordinance, including but not limited to the requirements of Section 37.3(c).

22         (6)   ~~*Department Contact Person.*~~ The Department shall designate a contact

23 person for members of the public who wish to file Complaints under this Chapter 41A or who

24 otherwise seek information regarding this Chapter or Short-Term Residential Rentals. This

25 contact person shall also provide information to the public upon request regarding quality of

1   life issues, including, for example, noise violations, vandalism, or illegal dumping, and shall

2   direct the member of the public and/or forward any such Complaints to the appropriate City

3   department.

4   　　　　(7)   Notwithstanding any other provision of this Chapter 41A, nothing in this

5   Chapter shall relieve an individual, Business Entity, or Hosting Platform of the obligations

6   imposed by any and all applicable provisions of state law and the Municipal Code including

7   but not limited to those obligations imposed by the Business and Tax Regulations Code.

8   Further, nothing in this Chapter shall be construed to limit any remedies available under any

9   and all applicable provisions of state law and the Municipal Code including but not limited to

10  the Business and Tax Regulations Code.

11

12  **SEC. 41A.6.  ADMINISTRATIVE ENFORCEMENT PROCEDURES.**

13  　　*   *   *   *

14  　　(d)   **Administrative Penalties for Violations and Enforcement Costs.**

15  　　　　(1)   **Administrative Penalties.** Administrative penalties shall be assessed as

16  follows:

17  　　　　　　(A)   For the initial violation _by an Owner or Business Entity_, not more than

18  four times the standard hourly administrative rate of $121 for_:_

19  _____   _(i)_   ____each unlawfully converted unit _per day from the notice of_

20  _violation until such time as the unlawful activity terminates;_~~,~~ or

21  _____   _(ii)_   ____the initial ~~for each identified~~ failure of a Hosting Platform to

22  comply with ~~the requirements of~~ _its obligations under_ subsection~~s~~ 41A.5(g)(4)~~.; (A), (B), (C), or~~

23  ~~41A.7(b),~~ _per day from the notice of violation until such time as the unlawful activity terminates;_

24

25

1    (B)  For the second *and any subsequent* violation by the same Owner(s),

2  Business Entity, or Hosting Platform, not more than eight times the standard hourly

3  administrative rate of $121 for*:*

4    (i)    each unlawfully converted unit *per day from the notice of*

5  *violation until such time as the unlawful activity terminates;*~~;~~ or

6    (ii)   ~~for~~ *the second and any subsequent*~~each identified~~ failure of a

7  Hosting Platform to comply with *its obligations under* ~~the requirements of~~ subsection~~s~~

8  41A.5(g)(4)*.*~~(A), (B), (C), or 41A.7(b), per day from the day the unlawful activity commenced until~~

9  ~~such time as the unlawful activity terminates; and~~

10    ~~(C)  For the third and any subsequent violation by the same Owner(s), Business~~

11  ~~Entity, or Hosting Platform, not more than 12 times the standard hourly administrative rate of $121 for~~

12  ~~each unlawfully converted unit or for each identified failure of a Hosting Platform to comply with the~~

13  ~~requirements of subsections 41A.5(g)(4) (A), (B), (C), or 41A.7(b), per day from the day the unlawful~~

14  ~~activity commenced until such time as the unlawful activity terminates.~~

15    (2)  **Prohibition on Registration and Listing Unit(s) on Any Hosting**

16  **Platform.** In the event of multiple violations *of any Owner's or Business Entity's obligations under*

17  *this Chapter 41A*, the Department shall remove the Residential Unit(s) from the Registry for one

18  year and include the Residential Unit(s) on a list maintained by the Department of Residential

19  Units that may not be *offered for Tourist or Transient Use*~~listed on any Hosting Platform~~ until

20  compliance. Any Owner~~,~~ *or* Business Entity ~~or Hosting Platform~~ who continues to ~~list~~*offer for*

21  *rent* a Residential Unit in violation of this Section 41A.6 shall be liable for additional

22  administrative penalties and civil penalties of up to $1,000 per day of unlawful inclusion.

23

24    *    *    *    *

25

1    **SEC. 41A.7.  OFFICE OF SHORT-TERM RESIDENTIAL RENTAL ADMINISTRATION**

2    **AND ENFORCEMENT.**

3       (a)     The Mayor shall establish an Office of Short-Term Residential Rental

4    Administration and Enforcement, which shall provide a single location to receive and process

5    applications for the Registry and Complaints regarding violations of this Chapter 41A. This

6    office shall be staffed by the Department and other departments as appropriate, with

7    participation from the Department of Building Inspection, the Treasurer/Tax Collector's Office,

8    and other departments as needed, to process applications for the Registry and enforce the

9    requirements of this Chapter 41A in a timely and efficient manner. It is the intent of this Board

10   of Supervisors in directing the establishment of this office to streamline both the process of

11   administering the Registry and enforcing the requirements of this Chapter 41A to protect

12   residential housing from unlawful conversion to Tourist or Transient Use.  The Office of Short-

13   Term Residential Rental Administration and Enforcement shall promulgate rules and

14   regulations to simplify and streamline the application process and to minimize the time

15   between the filing of applications and their final approval.

16      (b)     **Monitor Hosting Platforms.**  In addition to the administrative enforcement

17   duties outlined in Section 41A.6, the Office of Short-Term Residential Rental Administration

18   and Enforcement shall actively monitor Hosting Platform listings ~~to ensure that Hosting Platforms~~

19   ~~are only listing Residential Units that are listed on the Registry~~.  Within 15 business days of the

20   effective date of ~~the ordinance in Board File No.160423~~ Ordinance No. 104-16, the Office of Short-

21   Term Residential Rental Administration and Enforcement shall complete a comprehensive

22   review of active Hosting Platform listings and produce an inventory of potentially non-

23   compliant listings discovered during the review.  Subsequent reviews of Hosting Platform

24   listings shall be performed on at least a monthly basis.

25

1      (1)  The Office of Short-Term Residential Rental Administration and

2    Enforcement shall, upon completion of a Hosting Platform review or discovery of a potentially

3    non-compliant listing, immediately provide notice to Hosting Platforms by electronic mail of all

4    listings that do not have valid registration numbers or are otherwise not in compliance with this

5    Chapter 41A.  These notices shall be provided to the City Attorney's Office.

6      ~~(2)  Hosting Platforms shall respond to each notice sent pursuant to subsection (b)(1) by~~

7    ~~confirming, for each listing identified in the notice, that the listing has a valid registration number and~~

8    ~~providing that number and any other requested information relevant to determining whether the listing~~

9    ~~complies with the provisions of this Chapter 41A (including unit address and host information) to the~~

10   ~~Office of Short-Term Residential Rental Administration and Enforcement. Consistent with protections~~

11   ~~for Registry information, the Office of Short-Term Residential Rental Administration and Enforcement,~~

12   ~~to the extent permitted by law, shall redact registered Permanent Resident names and street and unit~~

13   ~~numbers from the records available for public review.~~

14     (2)  The Office of Short-Term Residential Rental Administration and Enforcement shall

15   have the power to issue and serve administrative subpoenas as necessary to determine whether

16   Owners, Business Entities, and Hosting Platforms have complied with Administrative Code Chapter

17   41A.  The Office of Short-Term Residential Rental Administration and Enforcement shall issue and

18   serve subpoenas to the Hosting Platforms to obtain information necessary to determine whether

19   violations of Administrative Code Chapter 41A have occurred within a reasonable time not to exceed

20   30 days of discovering potential violations through a monthly review or other investigation effort.

21   Owners, Business Entities, and Hosting Platforms shall have a reasonable opportunity to challenge the

22   administrative subpoena by seeking judicial review before suffering any penalties for refusing to

23   comply.

24     ~~(3)  For each listing that a Hosting Platform fails to provide the requested information~~

25   ~~within one City business day of the notice being sent by the Office of Short-Term Residential Rental~~

Supervisors Campos; Peskin, Avalos, Mar
**BOARD OF SUPERVISORS**

1   ~~Administration and Enforcement, the Hosting Platform shall be subject to the administrative penalties~~

2   ~~and enforcement provisions of this Chapter 41A, including but not limited to payment of civil penalties~~

3   ~~of up to $1,000 per day until the Hosting Platform complies with subsection (b)(2).~~

4       (c)    **Reporting to Board of Supervisors.**

5          (1)  **Annual Reports.** The Office of Short-Term Residential Rental

6   Administration and Enforcement shall provide a report to the Board of Supervisors regarding

7   the administration and enforcement of the Short-Term Residential Rental program on an

8   annual basis. The report shall make recommendations regarding proposed amendments to

9   this Chapter 41A necessary to reduce any adverse effects of the Short-Term Residential

10  Rental program.

11         (2)  **Quarterly Reports.**  The Office of Short-Term Residential Rental

12  Administration and Enforcement shall provide quarterly reports to the Board of Supervisors

13  summarizing the Host Platform monitoring activities during the preceding quarter.  The

14  periods covered by the quarterly reports shall commence on January 1, April 1, July 1, and

15  October 1, respectively.  At a minimum, each report shall include the number of notices sent

16  to Hosting Platforms, the total number of listings included in those notices, the number *of any*

17  *administrative subpoenas issued upon discovery of potentially non-compliant listings, of listings that*

18  ~~*were confirmed as non-compliant or otherwise removed or modified by the Hosting Platforms in*~~

19  ~~*response to the notices,*~~ and the number and amount of penalties imposed on *Owners, Business*

20  *Entities, or* Hosting Platforms for *violations of their respective obligations under this Chapter*

21  *41A.* ~~*failing to respond to notices.*~~  Each report shall break down information by zip code,

22  supervisorial district, and any other criteria as may be requested by the Board of Supervisors.

23      Section 3.  Effective Date.  This ordinance shall become effective 30 days after

24  enactment.  Enactment occurs when the Mayor signs the ordinance, the Mayor returns the

25

ordinance unsigned or does not sign the ordinance within ten days of receiving it, or the Board of Supervisors overrides the Mayor's veto of the ordinance.

   Section 4.  Scope of Ordinance.  In enacting this ordinance, the Board of Supervisors intends to amend only those words, phrases, paragraphs, subsections, sections, articles, numbers, punctuation marks, charts, diagrams, or any other constituent parts of the Municipal Code that are explicitly shown in this ordinance as additions, deletions, Board amendment additions, and Board amendment deletions in accordance with the "Note" that appears under the official title of the ordinance.  This ordinance sets forth revisions to Administrative Code Chapter 41A, with the amendments adopted in Ordinance No. 104-16 shown as existing text, even though the effective date of Ordinance No. 104-16 is July 24, 2016, subsequent to introduction of this ordinance.

APPROVED AS TO FORM:
DENNIS J. HERRERA, City Attorney

By:  
   ROBB KAPLA
   Deputy City Attorney

n:\legana\as2016\1500663\01123988.docx



**City and County of San Francisco**

Tails

Ordinance

City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, CA  94102-4689

**File Number:**   160790          **Date Passed:**   August 02, 2016

Ordinance amending the Administrative Code to revise the Residential Unit Conversion Ordinance to require Hosting Platforms to verify that a Residential Unit is on the City Registry prior to accepting a fee for booking a short-term rental transaction, and to provide an affidavit of compliance to the City and retain certain records; authorize the Office of Short Term Rentals to issue an administrative subpoena to obtain records; provide for civil, administrative, and criminal penalties against Hosting Platforms for violations of their obligations under the Residential Unit Conversion Ordinance; and affirming the Planning Department's determination under the California Environmental Quality Act.

July 25, 2016 Land Use and Transportation Committee - REFERRED WITHOUT RECOMMENDATION AS COMMITTEE REPORT

July 26, 2016 Board of Supervisors - AMENDED, AN AMENDMENT OF THE WHOLE BEARING SAME TITLE

Ayes: 9 - Avalos, Breed, Campos, Cohen, Kim, Peskin, Tang, Wiener and Yee

Excused: 1 - Farrell

Absent: 1 - Mar

July 26, 2016 Board of Supervisors - PASSED ON FIRST READING AS AMENDED

Ayes: 9 - Avalos, Breed, Campos, Cohen, Kim, Peskin, Tang, Wiener and Yee

Excused: 1 - Farrell

Absent: 1 - Mar

August 02, 2016 Board of Supervisors - FINALLY PASSED

Ayes: 10 - Avalos, Breed, Campos, Cohen, Kim, Mar, Peskin, Tang, Wiener and Yee

Excused: 1 - Farrell

File No. 160790

**I hereby certify that the foregoing Ordinance was FINALLY PASSED on 8/2/2016 by the Board of Supervisors of the City and County of San Francisco.**

*Peggy Nevin*
*for*  **Angela Calvillo**
**Clerk of the Board**

_____Unsigned_____         _____8/11/16_____
**Mayor**                        **Date Approved**

I hereby certify that the foregoing ordinance, not being signed by the Mayor within the time limit as set forth in Section 3.103 of the Charter, or time waived pursuant to Board Rule 2.14.2, became effective without his approval in accordance with the provision of said Section 3.103 of the Charter or Board Rule 2.14.2.

*Peggy Nevin*
*for*  Angela Calvillo
Clerk of the Board

_____8/12/16_____
Date