1  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
2  ELLEN M. RICHMOND (State Bar No. 277266)
   ellen.richmond@mto.com
3  JOSHUA PATASHNIK (State Bar No. 295120)
   josh.patashnik@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
5  San Francisco, CA  94105-4000
   Telephone:     (415) 512-4000
6  Facsimile:     (415) 512-4077

7  JOHN W. SPIEGEL (State Bar No. 78935)
   john.spiegel@mto.com
8  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
9  Los Angeles, California 90071-1560
   Telephone:     (213) 683-9100
10 Facsimile:     (213) 687-3702

11 Attorneys for Plaintiff Airbnb, Inc.
   *[Additional counsel listed on next page]*
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

| 17 | AIRBNB, INC. and HOMEAWAY.COM, INC., | Case No. 3:16-cv-03615-JD |
|---|---|---|
| 18 | | **DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF PLAINTIFFS' JOINT MOTION FOR PRELIMINARY INJUNCTION** |
| 19 | Plaintiffs, | |
| 20 | vs. | |
| 21 | CITY AND COUNTY OF SAN FRANCISCO, | |
| 22 | Defendant. | |

*Additional counsel:*

THOMAS R. BURKE (CA State Bar No. 141930)
thomasburke@dwt.com
SANJAY M. NANGIA (CA State Bar No. 264986)
sanjaynangia@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599

JAMES C. GRANT (*pro hac vice*)
jamesgrant@dwt.com
AMBIKA K. DORAN (*pro hac vice*)
ambikadoran@dwt.com
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington  98101
Telephone:  (206) 757-8136
Facsimile:  (206) 757-7136

Attorneys for HomeAway.com, Inc.

I, Jonathan H. Blavin, declare as follows:

1. I am an attorney licensed in the State of California and admitted to practice before this Court. I am counsel for Plaintiff Airbnb, Inc. in the above captioned matter. I have personal knowledge of the facts set forth below, and could testify competently to those facts if called to do so.

2. Attached hereto as Exhibit A is a true and correct copy of Ordinance No. 104-16, which was passed by the City and County of San Francisco Board of Supervisors on June 14, 2016, and was enacted on June 24, 2016. Munger, Tolles & Olson employees working at my direction obtained a copy of this ordinance from the following website: http://goo.gl/CV4DEH.

3. Attached hereto as Exhibit B is a true and correct copy of an article written by Caleb Pershan entitled "Airbnb Again at the Center of Political Play This Election Year as Supervisors Fast-Track Amendments," published on July 26, 2016. Munger, Tolles & Olson employees working at my direction obtained a copy of this article from the following website: http://sfist.com/2016/07/26/supervisor_campos_airbnb_legislatio.php.

4. Attached hereto as Exhibit C is a true and correct copy of a transcript produced by Munger, Tolles & Olson staff of a July 12, 2016 hearing of the San Francisco Board of Supervisors. Video of the hearing is available online at goo.gl/nO02ro.

5. Attached hereto as Exhibit D is a true and correct copy of a City and County of San Francisco Planning Department webpage entitled "Office of Short-Term Rental Registry and FAQs." Munger, Tolles & Olson employees working at my direction obtained a copy of this webpage from the following link: http://sf-planning.org/office-short-term-rental-registry-faqs.

6. Attached hereto as Exhibit E is a true and correct copy of a City and County of San Francisco Treasurer and Tax Collector webpage entitled "Transient Occupancy Tax (TOT) Frequently Asked Questions for Hosts, Website Companies and Merchants of Record." Munger, Tolles & Olson employees working at my direction obtained a copy of this webpage from the following link: http://sftreasurer.org/tot_host_website_merchant_faq.

7. Attached hereto as Exhibit F is a true and correct copy of a document created by the City and County of San Francisco Office of the Assessor-Recorder entitled "Short-Term Rental Business Personal Property Taxation Frequently Asked Questions (FAQ)." Munger, Tolles & Olson

DECLARATION OF JONATHAN H. BLAVIN ISO MOT. FOR PRELIM. INJ.
CASE NO. 3:16-cv-03615-JD

1  employees working at my direction obtained a copy of this document from the following link:
2  http://www.sfassessor.org/sites/default/files/2016.8.9__STR%20FAQ%20--
3  %20ASR%20Header%20and%20Footer.pdf.

4      8.    Attached hereto as Exhibit G is a true and correct copy of a report from the City and County of San Francisco Board of Supervisors Budget and Legislative Analyst's Office entitled "Short-Term Rentals 2016 Update," dated April 7, 2016.  Munger, Tolles & Olson employees working at my direction obtained a copy of this report from the following website: http://www.sfbos.org/Modules/ShowDocument.aspx?documentid=55575.

9      9.    Attached hereto as Exhibit H is a true and correct copy of a press release from the office of Supervisor David Campos announcing "Legislation Holding Airbnb Accountable for Listing Illegal Short Term Rentals."  It was published to Facebook by the SF Bay Times on April 25, 2016.  Munger, Tolles & Olson employees working at my direction obtained a copy of this press release from the following website: https://www.facebook.com/SanFranciscoBayTimes/posts/1188030017882628.

15      10.    Attached hereto as Exhibit I is a true and correct copy of an article written by David McCabe entitled "Airbnb Takes Its Fight to Court," published on July 4, 2016.  Munger, Tolles & Olson employees working at my direction obtained a copy of this article from the following website: http://thehill.com/policy/technology/286333-airbnb-takes-its-fight-to-court.

19      11.    Attached hereto as Exhibit J is a true and correct copy of an article written by Caleb Pershan entitled "Campos Proposes Law to Fine Airbnb Directly for Unregistered SF Listings," published on April 25, 2016.  Munger, Tolles & Olson employees working at my direction obtained a copy of this article from the following website: http://sfist.com/2016/04/25/campos_proposes_legislation_to_hold.php.

24      12.    Attached hereto as Exhibit K is a true and correct copy of a transcript produced by Munger, Tolles & Olson staff of a June 2, 2016 hearing of the San Francisco Board of Supervisors Government Audit and Oversight Committee.  Video of the hearing is available online at http://goo.gl/PhCCsI.

13. Attached hereto as Exhibit L is a true and correct copy of a letter written by Kristin A. Pelletier, Acting City Attorney for the City of Anaheim, dated August 10, 2016. Ms. Pelletier transmitted the letter to me via email on August 10, 2016.

14. Attached hereto as Exhibit M is a true and correct copy of an article written by Lily Leung entitled "Anaheim Won't Fine Websites Like Airbnb for Illegal Short-Term Rental Listings," published on August 22, 2016. Munger, Tolles & Olson employees working at my direction obtained a copy of this article from the following website: http://www.ocregister.com/articles/city-726671-term-short.html.

15. Attached hereto as Exhibit N is a true and correct copy of a transcript produced by Munger, Tolles & Olson staff of a July 26, 2016 hearing of the San Francisco Board of Supervisors. Video of the hearing is available online at goo.gl/IJEKVC.

16. Attached hereto as Exhibit O is a true and correct copy of a transcript produced by Munger, Tolles & Olson staff of a July 25, 2016 hearing of the San Francisco Board of Supervisors Land Use and Transportation Committee. Video of the hearing is available online at goo.gl/Y7H0en.

17. Attached hereto as Exhibit P is a true and correct copy of an article written by the Bay City News Service entitled "New Legislation Would Fine Airbnb for Listing Unregistered Properties," published on April 25, 2016. Munger, Tolles & Olson employees working at my direction obtained a copy of this article from the following website: http://www.sfgate.com/news/bayarea/article/New-Legislation-Would-Fine-Airbnb-For-Listing-7352453.php.

18. Attached hereto as Exhibit Q is a true and correct copy of a transcript produced by Munger, Tolles & Olson staff of a June 7, 2016 hearing of the San Francisco Board of Supervisors. Video of the hearing is available online at http://goo.gl/FWvlZw.

19. Attached hereto as Exhibit R is a true and correct copy of a white paper written by the San Francisco Bay Area Planning and Urban Research Association entitled "Non-Primary Residences and San Francisco's Housing Market," published on October 21, 2014. Munger, Tolles

& Olson employees working at my direction obtained a copy of this article from the following website: http://goo.gl/EmT4So.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 6, 2016, in San Francisco, California.

>*/s/ Jonathan H. Blavin*
> Jonathan H. Blavin