# EXHIBIT A

FILE NO. 160423

AMENDED IN BOARD
6/7/2016

ORDINANCE NO. **104-16**

1    [Administrative Code - Short-Term Residential Rentals]

2

3    **Ordinance amending the Administrative Code to revise the Residential Unit Conversion**

4    **Ordinance to require Hosting Platforms verify that a Residential Unit is on the City**

5    **Registry prior to listing; require Hosting Platforms respond to notices and requests for**

6    **information; and provide for civil, administrative, and criminal penalties against**

7    **Hosting Platforms for violations of the Residential Unit Conversion Ordinance; and**

8    **affirming the Planning Department's determination under the California Environmental**

9    **Quality Act.**

10       NOTE:       **Unchanged Code text and uncodified text** are in plain Arial font.
                     **Additions to Codes** are in *single-underline italics Times New Roman font*.
11                   **Deletions to Codes** are in ~~*strikethrough italics Times New Roman font*~~.
                     **Board amendment additions** are in double-underlined Arial font.
12                   **Board amendment deletions** are in ~~strikethrough Arial font~~.
                     **Asterisks (\*   \*   \*)** indicate the omission of unchanged Code
13                   subsections or parts of tables.

14

15    Be it ordained by the People of the City and County of San Francisco:

16

17       Section 1. Environmental Findings. The Planning Department has determined that the

18    actions contemplated in this ordinance comply with the California Environmental Quality Act

19    (California Public Resources Code Sections 21000 et seq.).  Said determination is on file with

20    the Clerk of the Board of Supervisors in File No. 160423 and is incorporated herein by

21    reference. The Board affirms this determination.

22

23       Section 2.  The Administrative Code is hereby amended by revising Sections 41A.4,

24    41A.5, 41A.6, and 41A.7, to read as follows:

25       **SEC. 41A.4. DEFINITIONS.**

1    Whenever used in this Chapter 41A, the following words and phrases shall have the

2    definitions provided in this Section:

3        *   *   *   *

4    **Hosting Platform.** A person or entity that participates in short-term rental business by

5    provides<u>ing</u> a means through which an Owner may offer a Residential Unit for Tourist or

6    Transient Use. This <u>business</u> service is usually, though not necessarily, provided through an

7    online platform ~~and generally~~<u>that</u> allows an Owner to advertise the Residential Unit through a

8    website provided by the Hosting Platform and provides a means for potential tourist or

9    transient users to arrange Tourist or Transient Use and payment, whether the tourist or

10   transient pays rent directly to the Owner or to the Hosting Platform.

11       *   *   *   *

12   **Short-Term Residential Rental Registry or Registry.** A database of information

13   maintained by the Department that includes *a unique registration number for each Short-Term*

14   *Residential Rental and* information regarding Permanent Residents who are permitted to offer

15   Residential Units for Short-Term Residential Rental. Only one Permanent Resident per

16   Residential Unit may be included on the Registry at any given time. The Registry shall be

17   available for public review to the extent required by law, except that, to the extent permitted by

18   law, the Department shall redact any Permanent Resident names and street and unit numbers

19   from the records available for public review.

20       *   *   *   *

21   **SEC. 41A.5.  UNLAWFUL CONVERSION; REMEDIES.**

22       *   *   *   *

23   (d)  **Civil Action.**

24       *   *   *   *

25

1       (3) **Civil Penalties.** If the City is the prevailing party in any civil action under this

2 subsection (d): an Owner, *Hosting Platform,* or Business Entity in violation of this Chapter 41A

3 ~~or a Hosting Platform in violation of subsection (g)(4)(A)~~ may be liable for civil penalties of not

4 more than $1,000 per day for the period of the unlawful activity. Interested Parties other than

5 the City may not seek or obtain civil penalties.

6       \*   \*   \*   \*

7       (e) **Criminal Penalties.** Any Owner or Business Entity who rents a Residential Unit for

8 Tourist or Transient Use in violation of this Chapter 41A, *or any Hosting Platform that provides a*

9 *listing for a Residential Unit for Tourist or Transient Use in violation of this Chapter 41A,* without

10 correcting or remedying the violation as provided for in subsection 41A.6(c)(6), shall be guilty

11 of a misdemeanor. Any person convicted of a misdemeanor hereunder shall be punishable by

12 a fine of not more than $1,000 or by imprisonment in the County Jail for a period of not more

13 than six months, or by both. Each Residential Unit rented for Tourist or Transient Use shall

14 constitute a separate offense.

15       \*   \*   \*   \*

16       (g) **Exception for Short-Term Residential Rental.**

17          \*   \*   \*   \*

18       (4) **Requirements for Hosting Platforms.**

19       (A) **Notice to Users of Hosting Platform.** All Hosting Platforms shall

20 provide the following information in a notice to any user listing a Residential Unit located

21 within the City and County of San Francisco through the Hosting Platform's service. The

22 notice shall be provided prior to the user listing the Residential Unit and shall include the

23 following information: that Administrative Code Chapters 37 and 41A regulate Short-Term

24 Rental of Residential Units; the requirements for Permanent Residency and registration of the

25 unit with the Department; and the transient occupancy tax obligations to the City.

1    (B)   A Hosting Platform shall comply with the requirements of the

2   Business and Tax Regulations Code by, among any other applicable requirements, collecting

3   and remitting all required Transient Occupancy Taxes, and this provision shall not relieve a

4   Hosting Platform of liability related to an occupant's, resident's, Business Entity's, or Owner's

5   failure to comply with the requirements of the Business and Tax Regulations Code. A Hosting

6   Platform shall maintain a record demonstrating that the taxes have been remitted to the Tax

7   Collector and shall make this record available to the Tax Collector upon request.

8    *(C)  Prior to* providing reservation and payment services for a *listing* of *a*

9   *Residential Unit within the City to be rented for Tourist or Transient Use, a Hosting Platform shall*

10   *verify with the Office of Short-Term Residential Rental Administration and Enforcement that the*

11   *Residential Unit is listed on the Registry and has a valid registration number.*  For each listing active

12   on the effective date of the ordinance in Board File No.160423 and thereafter, *Hosting*

13   *Platforms shall comply with this subsection (g)(4)(C) by:*

14   _____ *(i) Providing the verified registration number on each listing in the area*

15   *of the listing dedicated to information verified or compiled by the Hosting Platform about the host, such*

16   *as host response rate, host ratings,* ~~time,~~ *and date of joining the platform; or*

17   _____ ~~(ii)  Ensuring that the host has included a Hosting Platform-verified~~

18   ~~registration number within the listing and that the number is visible to all users of the Hosting~~

19   ~~Platform; or~~

20   _____ *(~~iii~~ii) Sending the verified registration number, Residential Unit street*

21   *address (including any unit number), and host name to the Office of Short-Term Residential Rental*

22   *Administration and Enforcement by electronic mail prior to posting the listing on the platform.*

23   Consistent with protections for Registry information, the Office of Short-Term Residential

24   Rental Administration and Enforcement, to the extent permitted by law, shall redact registered

25

1  Permanent Resident names and street and unit numbers from the records available for public
2  review.

3  (C D)  Any violation of a Hosting Platform's responsibilities under
4  subsections (g)(4)(A), (B), or (C), or 41A.7(b) shall subject the Hosting Platform to the
5  administrative penalties and enforcement provisions of this Chapter 41A, including but not
6  limited to payment of civil penalties of up to $1,000 per day for the period of the failure to
7  comply, with the exception that any violation related to failure to comply with the requirements
8  of the Business and Tax Regulations Code shall be enforced by the Treasurer/Tax Collector
9  under that Code.

10  (5)  The exception set forth in this subsection (g) provides an exception only to
11  the requirements of this Chapter 41A. It does not confer a right to lease, sublease, or
12  otherwise offer a residential unit for Short-Term Residential Use where such use is not
13  otherwise allowed by law, a homeowners association agreement or requirements, any
14  applicable covenant, condition, and restriction, a rental agreement, or any other restriction,
15  requirement, or enforceable agreement. All Owners and residents are required to comply with
16  the requirements of Administrative Code Chapter 37, the Residential Rent Stabilization and
17  Arbitration Ordinance, including but not limited to the requirements of Section 37.3(c).

18  (6)  **Department Contact Person.** The Department shall designate a contact
19  person for members of the public who wish to file Complaints under this Chapter 41A or who
20  otherwise seek information regarding this Chapter or Short-Term Residential Rentals. This
21  contact person shall also provide information to the public upon request regarding quality of
22  life issues, including, for example, noise violations, vandalism, or illegal dumping, and shall
23  direct the member of the public and/or forward any such Complaints to the appropriate City
24  department.

25

1    (7)   Notwithstanding any other provision of this Chapter _41A_, nothing in this

2  Chapter shall relieve an individual, Business Entity, or Hosting Platform of the obligations

3  imposed by any and all applicable provisions of state law and the ~~San Francisco~~ Municipal

4  Code including but not limited to those obligations imposed by the Business and Tax

5  Regulations Code. Further, nothing in this Chapter shall be construed to limit any remedies

6  available under any and all applicable provisions of state law and the ~~San Francisco~~ Municipal

7  Code including but not limited to the Business and Tax Regulations Code.

8    ~~(8)   Annual Department Reporting Requirement. Within one year of the effective date of~~

9  ~~this ordinance and annually thereafter, the Department shall provide a report to the Board of~~

10  ~~Supervisors regarding the Department's administration and enforcement of the Short-Term Residential~~

11  ~~Rental program. The study shall make recommendations regarding proposed amendments to this~~

12  ~~Chapter 41A necessary to reduce any adverse effects of the Short-Term Residential Rental program.~~

13

14  **SEC. 41A.6.  ADMINISTRATIVE ENFORCEMENT PROCEDURES.**

15    \*    \*    \*    \*

16    (d)  **Administrative Penalties for Violations and Enforcement Costs.**

17    (1)  **Administrative Penalties.** Administrative penalties shall be assessed as

18  follows:

19    (A)   For the initial violation, not more than four times the standard hourly

20  administrative rate of $121.~~00~~ for each unlawfully converted unit, or for each identified failure

21  of a Hosting Platform to comply with the requirements of subsection_s_ 41A.5(g)(4)(A), _(B), (C),_

22  _or 41A.7(b),_ per day from the notice of violation until such time as the unlawful activity

23  terminates;

24    (B)   For the second violation by the same Owner(s), Business Entity, or

25  Hosting Platform, not more than eight times the standard hourly administrative rate of $121.~~00~~

1   for each unlawfully converted unit, or for each identified failure of a Hosting Platform to comply

2   with the requirements of subsection*s* 41A.5(g)(4)(A), *(B), (C), or 41A.7(b),* per day from the day

3   the unlawful activity commenced until such time as the unlawful activity terminates; and

4       (C)   For the third and any subsequent violation by the same Owner(s),

5   Business Entity, or Hosting Platform, not more than *12* ~~twelve~~ times the standard hourly

6   administrative rate of $121.~~00~~ for each unlawfully converted unit or for each identified failure of

7   a Hosting Platform to comply with the requirements of subsection*s* 41A.5(g)(4)(A), *(B), (C), or*

8   *41A.7(b),* per day from the day the unlawful activity commenced until such time as the unlawful

9   activity terminates.

10      (2)   **Prohibition on Registration and Listing Unit(s) on Any Housing**

11   **Platform.** In the event of multiple violations, the Department shall remove the Residential

12   Unit(s) from the Registry for one year and include the Residential Unit(s) on a list maintained

13   by the Department of Residential Units that may not be listed on any Hosting Platform until

14   compliance. Any Owner*,* ~~or~~ Business Entity *or Hosting Platform* who continues to list a

15   Residential Unit in violation of this Section *41A.6* shall be liable for additional administrative

16   penalties and civil penalties of up to $1,000 per day of unlawful inclusion.

17      (e)   **Notice of Violation and Imposition of Penalties.** The Director shall notify the

18   Owner or Hosting Platform by certified mail of the violation and that administrative penalties

19   shall be imposed pursuant to this Chapter 41A. The notice shall state the time of the existence

20   of the violation and the resulting imposition of penalties. Payment of the administrative

21   penalties and enforcement costs shall be made within 30 days of the certified mailed notice to

22   the Owner or Hosting Platform. If the administrative penalties and enforcement costs are not

23   paid, the Director shall refer the matter to the Treasurer/Tax Collector and/or initiate lien

24   procedures to secure the amount of the penalties and costs against the real property that is

25   subject to this Chapter, under Article XX of Chapter 10 of the Administrative Code to make the

1  penalty, plus accrued interest, a lien against the real property regulated under this Chapter.

2  Except for the release of the lien recording fee authorized by Administrative Code Section

3  10.237, all sums collected by the Tax Collector pursuant to this ordinance shall be deposited

4  as set forth in subsection (f) below.

5    (f)  **Deposit of Penalties.** Any fees and penalties collected pursuant to this Chapter

6  41A shall be deposited in the *Housing Trust Fund for use by the Small Sites Program*~~Department~~,

7  which shall reimburse City departments and agencies, including the *Department and the* City

8  Attorney's Office, for all costs and fees incurred in the enforcement of this Chapter 41A.

9    *    *    *    *

10  **SEC. 41A.7.  OFFICE OF SHORT-TERM RESIDENTIAL RENTAL ADMINISTRATION**

11  **AND ENFORCEMENT.**

12    *(a)*    The Mayor shall establish an Office of Short-Term Residential Rental

13  Administration and Enforcement, which shall provide a single location to receive and process

14  applications for the Registry and Complaints regarding violations of this Chapter 41A. This

15  office shall be staffed by the Department and other departments as appropriate, with

16  participation from the Department of Building Inspection, the Treasurer/Tax Collector's Office,

17  and other departments as needed, to process applications for the Registry and enforce the

18  requirements of this Chapter 41A in a timely and efficient manner. It is the intent of this Board

19  *of Supervisors* in directing the establishment of this office to streamline both the process of

20  administering the Registry and enforcing the requirements of this Chapter 41A to protect

21  residential housing from unlawful conversion to Tourist or Transient Use.  The Office of Short-

22  Term Residential Rental Administration and Enforcement shall promulgate rules and

23  regulations to simplify and streamline the application process and to minimize the time

24  between the filing of applications and their final approval.

25

1    *(b)    **Monitor Hosting Platforms.**  In addition to the administrative enforcement duties*

2    *outlined in Section 41A.6, the Office of Short-Term Residential Rental Administration and Enforcement*

3    *shall actively monitor Hosting Platform listings to ensure that Hosting Platforms are only listing*

4    *Residential Units that are listed on the Registry.  Within 15 business days of the* ~~Effective Date~~

5    effective date of the ordinance in Board File No.160423*, the Office of Short-Term Residential*

6    *Rental Administration and Enforcement shall complete a comprehensive review of active Hosting*

7    *Platform listings and produce an inventory of* potentially *non-compliant listings discovered during the*

8    *review.  Subsequent reviews of Hosting Platform listings shall be performed on at least a monthly*

9    *basis.*

10    *(1)  The Office of Short-Term Residential Rental Administration and Enforcement shall,*

11    *upon completion of a Hosting Platform review or discovery of a potentially non-compliant listing,*

12    *immediately provide notice to Hosting Platforms by electronic mail of all listings that do not have valid*

13    *registration numbers or are otherwise not in compliance with this Chapter 41A.  These notices shall be*

14    *provided to the City Attorney's Office.*

15    *(2)  Hosting Platforms shall respond to each notice sent pursuant to subsection (b)(1) by*

16    *confirming, for each listing identified in the notice, that the listing has a valid registration number and*

17    *providing that number and any other requested information relevant to determining whether the listing*

18    *complies with the provisions of this Chapter 41A (including unit address and host information) to the*

19    *Office of Short-Term Residential Rental Administration and Enforcement.* Consistent with

20    protections for Registry information, the Office of Short-Term Residential Rental

21    Administration and Enforcement, to the extent permitted by law, shall redact registered

22    Permanent Resident names and street and unit numbers from the records available for public

23    review.

24    *(3)  For each listing that a Hosting Platform fails to provide the requested information*

25    *within one City business day of the notice being sent by the Office of Short-Term Residential Rental*

1   *Administration and Enforcement, the Hosting Platform shall be subject to the administrative penalties*

2   *and enforcement provisions of this Chapter 41A, including but not limited to payment of civil penalties*

3   *of up to $1,000 per day until the Hosting Platform complies with subsection (b)(2).*

4      *(c)    **Reporting to Board of Supervisors.***

5      *(1) **Annual Reports.** The Office of Short-Term Residential Rental Administration and*

6   *Enforcement shall provide a report to the Board of Supervisors regarding the administration and*

7   *enforcement of the Short-Term Residential Rental program on an annual basis. The report shall make*

8   *recommendations regarding proposed amendments to this Chapter 41A necessary to reduce any*

9   *adverse effects of the Short-Term Residential Rental program.*

10      *(2) **Quarterly Reports.**  The Office of Short-Term Residential Rental Administration and*

11   *Enforcement shall provide quarterly reports to the Board of Supervisors summarizing the Host*

12   *Platform monitoring activities during the preceding quarter.  The periods covered by the quarterly*

13   *reports shall commence on January 1, April 1, July 1, and October 1, respectively.  At a minimum, each*

14   *report shall include the number of notices sent to Hosting Platforms, the total number of listings*

15   *included in those notices, the number of listings that were confirmed as non-compliant or otherwise*

16   *removed or modified by the Hosting Platforms in response to the notices, and the number and amount*

17   *of penalties imposed on Hosting Platforms for failing to respond to notices.  Each report shall break*

18   *down information by zip code, supervisorial district, and any other criteria as may be requested by the*

19   *Board of Supervisors.*

20

21      \*   \*   \*   \*

22      Section 3.  Report by Office of Short-Term Rentals.  The intent of this Ordinance is not

23   to punish short-term rental hosts who are trying to lawfully comply with San Francisco's short-

24   term rental laws. As the Ordinance amends Chapter 41A with the goal of bringing more short-

25   term rentals into compliance, the Board of Supervisors recognizes the need for the City to

create a more efficient and reasonable registration process that allows short-term rental hosts to come into compliance. Within 45 days of the effective date of this Ordinance, the Office of Short-Term Rentals shall submit a report to the Board of Supervisors making recommendations to the Board of Supervisors for legislation that would simplify the application process and minimize the time between the filing of an application and its final approval.

Section 43. Effective Date.  This ordinance shall become effective 30 days after enactment.  Enactment occurs when the Mayor signs the ordinance, the Mayor returns the ordinance unsigned or does not sign the ordinance within ten days of receiving it, or the Board of Supervisors overrides the Mayor's veto of the ordinance.

Section 54. Scope of Ordinance.  In enacting this ordinance, the Board of Supervisors intends to amend only those words, phrases, paragraphs, subsections, sections, articles, numbers, punctuation marks, charts, diagrams, or any other constituent parts of the Municipal Code that are explicitly shown in this ordinance as additions, deletions, Board amendment additions, and Board amendment deletions in accordance with the "Note" that appears under the official title of the ordinance.

APPROVED AS TO FORM:
DENNIS J. HERRERA, City Attorney

By:  _____
ROBB KAPLA
Deputy City Attorney

n:\legana\as2016\1500663\01111724.docx

Supervisors Campos; Peskin, Avalos, Mar
**BOARD OF SUPERVISORS**



### City and County of San Francisco

### Tails

### Ordinance

City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4689

**File Number:**   160423            **Date Passed:**   June 14, 2016

Ordinance amending the Administrative Code to revise the Residential Unit Conversion Ordinance to require Hosting Platforms verify that a Residential Unit is on the City Registry prior to listing; require Hosting Platforms respond to notices and requests for information; provide for civil, administrative, and criminal penalties against Hosting Platforms for violations of the Residential Unit Conversion Ordinance; and affirming the Planning Department's determination under the California Environmental Quality Act.

June 02, 2016 Government Audit and Oversight Committee - AMENDED, AN AMENDMENT OF THE WHOLE BEARING SAME TITLE

June 02, 2016 Government Audit and Oversight Committee - RECOMMENDED AS AMENDED AS A COMMITTEE REPORT

June 07, 2016 Board of Supervisors - AMENDED, AN AMENDMENT OF THE WHOLE BEARING SAME TITLE
Ayes: 10 - Avalos, Breed, Campos, Cohen, Kim, Mar, Peskin, Tang, Wiener and Yee
Excused: 1 - Farrell

June 07, 2016 Board of Supervisors - PASSED ON FIRST READING AS AMENDED
Ayes: 10 - Avalos, Breed, Campos, Cohen, Kim, Mar, Peskin, Tang, Wiener and Yee
Excused: 1 - Farrell

June 14, 2016 Board of Supervisors - FINALLY PASSED
Ayes: 10 - Avalos, Breed, Campos, Cohen, Kim, Mar, Peskin, Tang, Wiener and Yee
Excused: 1 - Farrell

File No. 160423

**I hereby certify that the foregoing
Ordinance was FINALLY PASSED on
6/14/2016 by the Board of Supervisors of
the City and County of San Francisco.**

_____
**Angela Calvillo
Clerk of the Board**

_____          _____
Unsigned                                          6/24/2016

**Mayor**                                              **Date Approved**

I hereby certify that the foregoing resolution, not being signed by the Mayor within the time limit
as set forth in Section 3.103 of the Charter, or time waived pursuant to Board Rule 2.14.2,
became effective without his approval in accordance with the provision of said Section 3.103 of
the Charter or Board Rule 2.14.2.

_____          _____
Peggy Nevin
Angela Calvillo                                     6/24/16
Clerk of the Board                                Date