# EXHIBIT D

# Planning Department

# Office of Short-Term Rental Registry & FAQs

**Schedule an Intake Appointment Online**

**Click here** to schedule your short-term rental application appointment, or call 415-575-9179 for further assistance.

**Walk-ins Available**

- Wednesday afternoons from 1:00pm to 4:00pm (1660 Mission Street, 5th Floor)
- First Monday of the month from 5:30pm to 7:30pm (1650 Mission Street, 4th Floor)

During these walk-in hours you will be able to submit an application to host a short-term rental, ask our staff general questions about the process, and file complaints about possible illegal short-term rentals.

**Complaints/Enforcement**

If you would like to file a complaint regarding a suspected illegal short-term rental, please contact us at (415) 575-9179, or email us at shorttermrentals@sfgov.org. Please include information regarding the address of the property, a description of the nature of the activity, and any other relevant information. Complaints may be filed anonymously, however, you may wish to provide your contact information so that our enforcement staff can contact you to discuss your complaint in detail.

## Overview

On October 27th, 2014 Mayor Lee signed San Francisco Ordinance No. 218-14, amending the Administrative and Planning Codes to allow some residential properties to conduct short-term residential rentals without violating the requirements of the City's Residential Unit Conversion and Demolition Ordinance (Administrative Code Chapter 41A) or the Planning Code. A short-term

residential rental is a rental of all or a portion of your residential unit for periods of less than 30 nights. This law became effective on **February 1st, 2015,** allowing eligible Permanent Residents (owners and tenants) to apply to place their residential unit on the **Office of Short-Term Rental's Short-Term Residential Rental Registry** (Mayor's Office press release here).

## Quarterly Reporting for Registered Hosts

The short-term rental legislation requires that hosts submit quarterly reports of all of the stays within their units for the last three months (or back to the date of their initial registration.. whichever is applicable).

**Click here to proceed to the online reporting form.**

## Frequently Asked Questions

**Download the Application here.**
Note: for the fillable PDF version to work, please download and save the form to your computer.

**What can I do with a Short-Term Residential Rental Registration?**
With a valid Short-Term Residential Rental Registration you may rent your primary residential unit for periods of less than 30 nights without violating the requirements of the City's Residential Unit Conversion and Demolition Ordinance (Administrative Code Chapter 41A) or the Planning Code. This includes renting a portion or your entire unit while you are also present for an unlimited number of nights per year and renting a portion or your entire unit while you are *not* present for a maximum of 90 nights per year.

**How can I apply to be on the Registry?**
Short-Term Residential Rental Applications are available online and at the Planning Department's Planning Information Center (PIC) located at the ground floor of 1660 Mission Street. **To register your unit, you will need to make an appointment with the Office of Short-Term Rental to meet with staff and submit your application.** Applications must be filed in person by the permanent resident whose name will appear on the registry. Applications may not be filed by representatives or agents. Drop-ins or dropped off applications will not be accepted.

*ON THIS PAGE*

- **WHAT CAN I DO WITH A SHORT-TERM RESIDENTIAL RENTAL REGISTRATION?**
- **HOW CAN I APPLY TO BE ON THE REGISTRY?**
- **WHO IS ELIGIBLE TO REGISTER?**
- **IMPORTANT NOTE FOR TENANTS**
- **IS THERE AN APPLICATION FEE?**
- **ITEMS YOU WILL NEED PRIOR TO APPOINTMENT**
- **WHERE IS THE INTAKE APPOINTMENT?**
- **WHAT WILL HAPPEN AT MY INTAKE APPOINTMENT?**
- **WHAT HAPPENS AFTER I'VE SUBMITTED MY APPLICATION?**

**Click here to schedule** your short-term rental application appointment, or call 415-575-9179 for further assistance.

You may not rent your unit (in all or a portion) as a short-term residential rental until you have received a Short-Term Residential Rental Registration number.

**WHAT CAN I DO AND NOT DO ONCE I HAVE OBTAINED A SHORT-TERM RESIDENTIAL RENTAL REGISTRATION NUMBER?**

**Who is eligible to register?**
In order to conduct a short-term residential rental you must meet **all** of the following conditions:

▸ You must be the Permanent Resident (owner or tenant) of the residential unit that you wish to rent short-term. This means you must live in that specific residential unit for at least 275 nights of any given calendar year. If you are a new resident you must have occupied this specific unit for at least 60 consecutive days prior to your application. If you own a multi-unit building, you may only register the specific residential unit in which you reside.

▸ You must obtain a San Francisco Business Registration Certificate from the San Francisco Business Portal.

▸ You must obtain liability insurance in the amount of no less than $500,000 *or* provide proof that liability coverage in an equal or higher amount is being provided by any and all hosting platforms through which you will rent your unit.

▸ Your residential unit must not have any outstanding Planning, Building, Housing, Fire, Health, Police, or other applicable City code violations.

▸ You may only register <u>one</u> residential unit.

▸ Please note that residential units that are subject to the Inclusionary Affordable Housing Program and residential units designated as below market rate (BMR) or income-restricted under City, state, or federal law are **not** eligible to register.

▸ **Important note for tenants:**  The Office of Short-Term Rental strongly recommends that you review your lease before submitting an application. The registration of your residential unit on the Short-Term Residential Rental Registry does not override any lease agreements, homeowner's association bylaws, Covenants, Conditions & Restrictions (CC&Rs), or any other agreement, law, or regulations that prohibit subletting or use of your unit as a short-term residential rental.

**Is there an application fee?**
Yes. The fee for the initial application is $50.00. Your registration will remain valid for **two years** (pending the registered unit remains in good standing)

**At your appointment you will need to provide all of the following items:**

- A completed Short-Term Residential Rental Application (download application packet here)

- A Business Registration Certificate issued by the San Francisco Business Portal

- Driver's License or State Issued ID Card with the address of the unit you wish to register

- Proof of liability insurance in the amount of no less than $500,000

- A signed affidavit agreeing to abide by all conditions of the short-term residential rental ordinance included within the application (download application packet here).

- A check made out to the **San Francisco Planning Department** for $50.00

- At least <u>two</u> of the following listed documents to confirm your primary residency at your residential unit:

    - Proof of a Homeowner's Tax Exemption. *Accepted as a form of residency confirmation <u>only</u> if the proof of a Homeowner's Tax Exemption is for a property that is either a single-family dwelling or condominium;*

    - Voter Registration Card or Certificate with the address of the unit you wish to register. You may obtain a copy through the San Francisco Department of Elections;

    - Proof of Vehicle Registration with the address of the unit you wish to register;

    - Original proof of car insurance with the address of the unit you wish to register (no copies or printouts);

    - Original utility bill, issued by either SFPUC (Water/Sewer), Recology (Waste/Recycling), or Pacific Gas & Electric, including the payment stub showing the address of the unit you wish to register. *Copies and printouts will not be accepted. You may only use utility bills as one form of residency confirmation. Cable, cell phone, and internet bills do not qualify.*

If you are a tenant of your residential unit you will also need to provide a copy of your lease or rental agreement. Please note that upon receipt of your completed application, staff will send a notice to the owner(s) of your unit, informing the owner(s) that your application has been received.

**Where is the intake appointment?**

**Department of Building Inspection (DBI) Building**
**1660 Mission Street, 5th Floor** [ map here ]
Turn left after exiting elevator and head to Stations 38 and 39.

Note: appointments are **not** at the SF Planning Department located next door.

PARKING and TRANSIT: Parking is available on-street in the immediate area including Mission Street, Otis Street, Gough Street and South Van Ness Avenue. A listing of parking garages is available here (please note they are often full by 9:00am or 10:00am).

Transit options include the 14 and 49 bus lines along Mission Street (northbound) or Otis Street (southbound); and the 47 bus line, stopping at South Van Ness and Mission. Transit lines that run along Market Street are within two blocks of our location. Exit at Van Ness Avenue and walk south toward Mission, turn and continue down Mission Street to the entrance.

**What will happen at my intake appointment?**
Staff will review your application and related materials for completeness and intake. Only applications deemed complete at the time of submittal will be accepted for intake and further review. Additionally, staff will go over conditions and limitations of renting your unit as a short-term rental.

**What happens after I've submitted my application?**
It is expected that staff will review a completed application within fifteen (15) business days. If staff determine that your application meets the criteria then your unit will be added to the Short-Term Residential Rental Registry. You will you receive a "Short-Term Residential Rental" certificate by mail, which contains your assigned Registration Number. This registration number must be included at the top of all short-term rental listings' descriptions (online or otherwise). We recommend that you place this certificate in plain view within your unit.

**What can I do and not do once I have obtained a Short-Term Residential Rental Registration Number?**
Once you have obtained a Short-Term Residential Rental Registration Number, you may use your residential unit as a short-term residential rental without violating Administrative Code Chapter 41A or the Planning Code under the following conditions:

▸ You may rent the residential unit (in all or a portion) while you are not present for a **maximum** of 90 nights per calendar year.

▸ You may rent a portion of the residential unit while you are present for an unlimited number of nights per year.

▸ You may advertise your residential unit on any and all hosting platforms under the condition that you list your registration number at the top of all listings' descriptions.

What you may not do with your Primary Residence registered as a Short-Term Residential Rental:

▸ You may not rent your residential unit or a portion thereof for more than 90 nights per calendar year while you are not also present during the time of the guests' stay.

▸ You may not rent illegal residential units or unpermitted spaces associated with your property.

▸ If you are a tenant, you may not make more than your monthly rent from your short-term rental fees charged to guests.

Due to the expected volume of requests and inquiries related to this matter, please continue to check back on our website for the latest news and updates pertaining to the Short-Term Residential Rental Registry.