# EXHIBIT H

Email or Phone | Password

Sign Up | Log In

Forgot account?

 **SF Bay Times** shared David Campos's post.
April 25 ·

From Supervisor David Campos' Office: Campos and Peskin Announce Legislation Holding Airbnb Accountable for Listing Illegal Short Term Rentals

San Francisco, CA – Supervisor Campos announced today that he and Supervisor Peskin will be introducing legislation at tomorrow's Board of Supervisor's meeting that will strengthen San Francisco's enforcement of its short term rental law by mandating corporate accountability for the first time.

"The legislation I am introducing tomorrow with Supervisor Peskin will ensure that web platforms are supporting- and not hindering- the enforcement of our short term rental law in San Francisco. This is not about changing the current law, it's about enforcing the current law," said Campos.

The Campos Peskin legislation mandates that hosting platforms Ike Airbnb verify that a host has registered with the City before advertising their short term rental on its website. If a hosting platform does advertise an unregistered listing, the City will penalize the platform up to $1,000 a day.

While the current law stipulates that all hosts must register with the City and post their registration number on their listing, the Budget and legislative analyst found that over 75% of the 7000 plus Airbnb hosts in San Francisco are not registered, and yet continue to list on Airbnb.

"This legislation strengthens enforcement by making the hosting platform accountable, along with the host. The weakness of the current law is the fact that corporate accountability was not built in the law, a symptom of the fact that Airbnb helped draft it.
My legislation does not change anything for hosts who are playing by the rules— it just ensures that web platforms are held accountable to the City's laws that have been In place for 18 months," said Campos.

"The city needs bold leadership to tackle the housing crisis, and that means standing up to corporations that are profiting from the displacement of renters," said Supervisor Aaron Peskin, legislative co-sponsor. "We are closing a long-standing loophole by holding the hosting companies accountable for the hundreds of precious units of affordable housing being held off the rental market."

How the hosting platform proves they have verified a registration number is up to them. The web platform can place the registration number on the listing, require the host to add it themselves, or the company can send the registration number directly to the City before advertising the listing. A web platform's refusal to do one of these three things means they are out of compliance, and they would face civil penalties of up to $1,000 a day.

"Protecting tenants from displacement should be more important than protecting the ill-gotten profits of corporations. This legislation is a simple tool that will finally make sure participants are obeying existing law," said Jennifer Fieber, Policy Director of the Tenants Union.

"Requiring the short-term-rental business platforms to ensure the units they advertise are legally registered is a real no-brainer. Given the City's latest report that shows thousands of rental apartments continue to be used as vacation rentals instead of housing, this legislation is a critically needed step," said Peter Cohen, Co-Director of San Francisco Council of Community Housing Organizations.

 **David Campos**
April 25 ·

75 percent of Airbnb hosts are flouting San Francisco's short term rental laws and Airbnb is doing nothing to stop them. Tomorrow I will be introducing legislation together with Supervisor Peskin that holds Airbnb and other hosting platforms accountable for advertising illegal short term rentals. My legislation does not change anything for hosts who are playing by the rules— it just ensures that web platforms are held



English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · More

Cookies · We've updated our policy. Learn

accountable to the City's laws that have been In place for 18 months.

**Airbnb, HomeAway would police rentals under proposed SF law**

Platforms that flout the mandate would face fines of up to $1,000 a day per listing and misdemeanor charges. When the city flags rentals that seem illegitimate, he...

SFCHRONICLE.COM

3 Likes

Share

More.

Facebook © 2016

To see more from SF Bay Times on Facebook, log in or create an account.

Sign Up     Log In

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices
More

Cookies · We've updated our policy. Learn