# EXHIBIT A

  



4248281

**My Properties**
**Dashboard**
Edit Listing

**RESERVATION MANAGER**
Inbox
Calendar
Reservations
Payments
Reviews

**PERFORMANCE**
Analytics
Listing Quality
Marketing Tools

**ACCOUNT**
Listing Details
Personal Details
Settings

## To publish your listing, complete these 7 steps
Your listing ID is 4248281

PREVIEW

**4 of 7 steps completed**                    Continue with property details

✓  **Where is your rental located?**
    29 Hans Egedesvej Nuuk GL 3900 Kitaa
    Verified.         ›

✓  **Tell us a little more about your property**
    0 bedroom, 1 bath, mill (accommodates 14)
    Add a headline and description.       ›

○  **Add great looking photos**
    Provide at least 6 photos to publish.      ›

✓  **Protect your account**
    Your account is setup with 2-step verification.     ›

○  **Set up your traveler payment options**
    HomeAway Payments enables travelers to pay with debit or credit
    cards. Low processing fees and no setup, termination, or monthly
    fees.         ›

✓  **Set up your pricing**
    Your rates, taxes, and fees are complete.     ›

✓  **Specify your rental policies**
    Review your payment, cancellation, and damage protection policies.     ›

### Listing Details
Your current listing type
is Subscription

Get unlimited bookings
per year for $349.

Use of this Web site constitutes acceptance of the HomeAway.com Terms and Conditions and Privacy Policy.
©2006-Present HomeAway.com, Inc. All rights reserved.


4248281

‹ Back to dashboard

CHECKLIST

✅ **Validate your location**

✅ Property details

⚪ Upload photos

✅ Account security

⚪ Payments setup

✅ Pricing

✅ Policies

# Verify the location of your rental
Use the map below to adjust the pin if needed

**Address:**
29 Hans Egedesvej,
Nuuk, Kitaa, 3900,
GL
EDIT



BACK

NEXT

Use of this Web site constitutes acceptance of the HomeAway.com Terms and Conditions and Privacy Policy.

©2006-Present HomeAway.com, Inc. All rights reserved.

  



4248281

‹ Back to dashboard

**CHECKLIST**

✅ Validate your location

✅ **Property details**

◔ Upload photos

✅ Account security

◔ Payments setup

✅ Pricing

◔ Policies

## Describe your property

Start out with a descriptive headline and a detailed summary of your property.

Headline

LM 121.4248281.4655223

58 characters left

Property description

9349 characters left

Property type

Bedrooms

Accommodates

Bathrooms

BACK        NEXT

Use of this Web site constitutes acceptance of the HomeAway.com Terms and Conditions and Privacy Policy.
©2006-Present HomeAway.com, Inc. All rights reserved.

# HomeAway®

  ? Help 



4248281

‹ Back to dashboard

**CHECKLIST**

✓ Validate your location

✓ Property details

● **Upload photos**

✓ Account security

✓ Payments setup

✓ Pricing

✓ Policies

## Add great looking photos

Add photos to show off your place. You need at least 6 and can add up to 24. Don't have the right photos? Consult a professional near you.

0 of 24 uploaded. 6 more required.

| Front Exterior | Back Exterior | Master Bedroom |
|---|---|---|
| Bedroom 1 | Bedroom 2 | Kitchen |
| Living Area | Bathroom | + Add more photos |

BACK

NEXT

Use of this Web site constitutes acceptance of the HomeAway.com Terms and Conditions and Privacy Policy.

©2006-Present HomeAway.com, Inc. All rights reserved.





My Properties
Dashboard
Edit Listing

**RESERVATION MANAGER**
Inbox
Calendar
Reservations
Payments
Reviews

**PERFORMANCE**
Analytics
Listing Quality
Marketing Tools

**ACCOUNT**
Listing Details
Personal Details
Settings

Dashboard  ❯  Account Settings

# Account Settings

| Account Information | Password | Security Questions | Two-Factor Authentication | Payment Preferences |

## Two-Factor Authentication

Add additional phone numbers for use by two-factor authentication.

**Add Phone Number**

Use of this Web site constitutes acceptance of the HomeAway.com Terms and Conditions and Privacy Policy.

©2006-Present HomeAway.com, Inc. All rights reserved.

**HomeAway**®      👤 .    ❓ Help



4248281

‹ Back to dashboard

**CHECKLIST**

✓ Validate your location

◔ Property details

◐ Upload photos

✓ Account security

◔ **Payments setup**

✓ Pricing

✓ Policies

 # Set up HomeAway Payments so you can get paid faster

🔒 **More peace of mind:**  HomeAway Payments is the most secure way to get paid

🕐 **Less time and hassle:**  Fast cross-border Payments and Damage deposits automatically refunded

✓ **Set-up in only two steps:**  Tell us who we are paying and where the money goes. It's that easy.

▭ **Save Money:**  Low credit card processing fees — guaranteed!

 ## Confirm your contact information

Legal First Name

Legal Last name

Email

Mobile Phone

Country

Street Address

NEXT

Use of this Web site constitutes acceptance of the HomeAway.com Terms and Conditions and Privacy Policy.

©2006-Present HomeAway.com, Inc. All rights reserved.

# HomeAway®

  **?** Help 


4248281

‹ Back to dashboard

**CHECKLIST**

✅ Validate your location

☑ Property details

☑ Upload photos

✅ Account security

**☑ Payments setup**

✅ Pricing

✅ Policies

## Set up HomeAway Payments so you can get paid faster

🔒 **More peace of mind:** HomeAway Payments is the most secure way to get paid

🕐 **Less time and hassle:** Fast cross-border Payments and Damage deposits automatically refunded

✓ **Set-up in only two steps:** Tell us who we are paying and where the money goes. It's that easy.

▭ **Save Money:** Low credit card processing fees — guaranteed!

### ✓ Confirm your contact information

### 🔒 Tell us where to send your money

Country

United States        ∨

Routing Number

Checking Account Number

Re-Enter Checking Account Number

[check illustration]
Routing number   Account number

BACK

NEXT

---

Use of this Web site constitutes acceptance of the HomeAway.com Terms and Conditions and Privacy Policy.
©2006-Present HomeAway.com, Inc. All rights reserved.

# HomeAway®

    👤 .   ❓ Help



4248281

‹ Back to dashboard

CHECKLIST

✅ Validate your location

◔ Property details

◉ Upload photos

✅ Account security

◉ **Payments setup**

✅ Pricing

✅ Policies



# Set up HomeAway Payments so you can get paid faster

🔒 **More peace of mind:**  HomeAway Payments is the most secure way to get paid

🕐 **Less time and hassle:**  Fast cross-border Payments and Damage deposits automatically refunded

✓ **Set-up in only two steps:**  Tell us who we are paying and where the money goes. It's that easy.

▬ **Save Money:**  Low credit card processing fees — guaranteed!

✓ Confirm your contact information

✓ Tell us where to send your money

🔒 Verify who you are                    Use business information

To comply with anti-fraud regulations we require proof of identity. This information is used solely for the purpose of identity verification and will not be sold or used for marketing purposes. Your consent to that sharing is evidenced by completion of this form.

Please provide identification for **. .**

| ID Issuing Country | Last four of SSN | Date of birth |
|---|---|---|
| United States ⌄ | XXXX   ❓ | MM/DD/YYYY |

☐ I hereby agree to the Client Service Agreement

| BACK | SUBMIT |
|---|---|

---

Use of this Web site constitutes acceptance of the HomeAway.com Terms and Conditions and Privacy Policy.

©2006-Present HomeAway.com, Inc. All rights reserved.



4248281

< Back to dashboard

**CHECKLIST**

✓ Validate your location

✓ Property details

✓ Upload photos

✓ Account security

✓ Payments setup

✓ **Pricing**
   **Rental Rates**
   Taxes
   Fees

✓ Policies

## How much do you want to charge?

We recommend starting with a low price to get few bookings and earn guest reviews. You can update rates at anytime.

| Currency | US Dollar (USD) ⌄ |
|----------|-------------------|

Set your standard nightly rate    $

Minimum stay    [        ] nights

A standard rate is recommended. You can also set rates for specific date ranges.

ADDITIONAL RATE PERIODS ⌃

Start date                    End date                     Nightly rate

🗓 MM/DD/YYYY          🗓 MM/DD/YYYY          $

Minimum stay                  Rate period

[              ] night        [              ]              **ADD**

BACK                                                        **NEXT (1 OF 3)**

Use of this Web site constitutes acceptance of the HomeAway.com Terms and Conditions and Privacy Policy.
©2006-Present HomeAway.com, Inc. All rights reserved.



4248281

< Back to dashboard

**CHECKLIST**

✅ Validate your location

☑ Property details

◎ Upload photos

✅ Account security

◎ Payments setup

✅ **Pricing**
    Rental Rates
    **Taxes**
    Fees

☑ Policies

## What is your tax rate?

You can add a tax rate later if you do not know it now.

○ Enter your tax rate     [        % ]

◉ Do not include taxes (I am collecting and remitting as required)

Keep vacation rentals legal in your town; please follow all local rules, regulations, and tax requirements.

BACK             **NEXT (2 OF 3)**

FEEDBACK

Use of this Web site constitutes acceptance of the HomeAway.com Terms and Conditions and Privacy Policy.

©2006-Present HomeAway.com, Inc. All rights reserved.

  


4248281

< Back to dashboard

**CHECKLIST**

✅ Validate your location

☑️ Property details

◐ Upload photos

✅ Account security

◐ Payments setup

✅ **Pricing**
  Rental Rates
  Taxes
  **Fees**

☑️ Policies

## Fees

You can add fees to your listing or skip this step. Additional fees can be added later.

Cleaning fee    [ $ ]

Are pets allowed?    ○ Yes   ● No

BACK         **NEXT (3 OF 3)**

FEEDBACK

Use of this Web site constitutes acceptance of the HomeAway.com Terms and Conditions and Privacy Policy.

©2006-Present HomeAway.com, Inc. All rights reserved.

# HomeAway®

  ❓ Help 


4248281

‹ Back to dashboard

CHECKLIST

✅ Validate your location

☑️ Property details

☑️ Upload photos

✅ Account security

☑️ Payments setup

✅ Pricing

☑️ **Policies**
   **Payment terms**
   Cancellation Policy
   Protection

## When do travelers pay?

Select how travelers pay to book your property.

| Currency | US Dollar (USD) ⌄ |
|---|---|

⦿ Single payment - 100% due at booking

◯ Two payments - 50% due at booking

50% due [   ⌄   ] prior to check in

◯ Two payments - 25% due at booking

75% due [   ⌄   ] prior to check in

BACK          **NEXT (1 OF 3)**

Use of this Web site constitutes acceptance of the HomeAway.com Terms and Conditions and Privacy Policy.

©2006-Present HomeAway.com, Inc. All rights reserved.

  



4248281

‹ Back to dashboard

CHECKLIST

✅ Validate your location

☑️ Property details

◌ Upload photos

✅ Account security

◌ Payments setup

✅ Pricing

✅ **Policies**
   Payment terms
   **Cancellation Policy**
   Protection

# What's your cancellation policy?

Your cancellation policy defines how much you will refund a traveler if they need to cancel their trip in advance.

---

🔘 Relaxed **14 days (100% refund); 7 days (50% refund)**

⚪ Moderate **30 days (100% refund); 14 days (50% refund)**

⚪ Firm **60 days (100% refund); 30 days (50% refund)**

⚪ Strict **60 days (100% refund)**

⚪ No refund

---

BACK        **NEXT (2 OF 3)**

---

Use of this Web site constitutes acceptance of the HomeAway.com Terms and Conditions and Privacy Policy.

©2006-Present HomeAway.com, Inc. All rights reserved.

  



4248281

< Back to dashboard

**CHECKLIST**

✓ Validate your location

✓ Property details

✓ Upload photos

✓ Account security

✓ Payments setup

✓ Pricing

✓ **Policies**
   Payment terms
   Cancellation Policy
   **Protection**

# How do you protect your property?

Protect your property from any potential accidents

☐ Collect a Refundable Damage Deposit    $ _____

BACK           **NEXT (3 OF 3)**

FEEDBACK

Use of this Web site constitutes acceptance of the HomeAway.com Terms and Conditions and Privacy Policy.

©2006-Present HomeAway.com, Inc. All rights reserved.