1  ANDREW P. BRIDGES (CSB No. 122761)
   abridges@fenwick.com
2  GUINEVERE L. JOBSON (CSB No. 251907)
   gjobson@fenwick.com
3  MATTHEW B. BECKER (CSB No. 291865)
   mbecker@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA 94104
   Tel: (415) 875-2300
6  Fax: (415) 281-1350

7  ARMEN N. NERCESSIAN (CSB No. 284906)
   anercessian@fenwick.com
8  FENWICK & WEST LLP
   801 California Street
9  Mountain View, CA 94041
   Tel: (650) 988-8500
10 Fax: (650) 938-5200

11 Attorneys for *Amici Curiae*
   The Internet Association and CALinnovates

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIRBNB, INC. and HOMEAWAY.COM, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No. 3:16-cv-03615-JD <br><br> **NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF OF THE INTERNET ASSOCIATION AND CALINNOVATES AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' JOINT MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES** <br><br> Judge: Hon. James Donato <br> Crtm: 11, 19th Floor <br> Time: Oct. 6, 2016 at 10:00 a.m. |

## NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE BRIEF

### TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the Internet Association and CALinnovates respectfully move this Court for leave to file a brief as *amici curiae* in support of Airbnb, Inc. and HomeAway.com, Inc.'s joint motion for preliminary injunction.

The Internet Association and CALinnovates base this request on this Notice of Motion and Motion, the Memorandum of Points and Authorities below, and the proposed *Amici Curiae* Brief, which appears as Exhibit A to this submission.

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to the Court's inherent power and Civil Local Rule 7-11, the Internet Association and CALinnovates (collectively, the "Proposed Amici") respectfully ask this Court for leave to file the accompanying brief as *amici curiae* in support of the Plaintiffs' joint motion for preliminary injunction. *See* Dkt. No. 50. The proposed brief satisfies the substantive and formal guidelines of the Court's July 11, 2016 Minute Order (Dkt. No. 22), and the Proposed Amici offer up a new and different perspective on the issues raised in the Plaintiffs' injunction motion.

In their original stipulation for the briefing schedule on the motion for preliminary injunction, the parties stated that: "the Parties do not oppose the filing of *amicus curiae* briefs in support of any party." Dkt. No. 20.

**I.   STANDARD FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE***

Courts have inherent authority to permit a non-party to participate as *amicus curiae* in a case and "broad discretion" in deciding whether to permit participation. *See, e.g., Ellsworth Assocs., Inc. v. United States*, 917 F. Supp. 841, 846 (D.D.C. 1996). There are "no strict prerequisites" for *amicus* participation. *In re Roxford Foods Litig.*, 790 F. Supp. 987, 997 (E.D. Cal. 1991) (quoting *United States v. Louisiana*, 751 F. Supp. 608, 620 (E.D. La. 1990)). "Generally, a court may grant leave to appear as an *amicus* if the information offered is timely and useful." *Ellsworth Assocs.*, 917 F. Supp. at 846 (internal citations and quotations omitted); *accord In re Roxford Foods Litig.*, 790 F. Supp. at 997. And "courts frequently

welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective . . . ." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (internal citation and quotation omitted).

Given the potentially wide-reaching implications of the Court's decision in this case, allowing the Internet Association and CALinnovates to participate as *amici curiae* is appropriate. The brief that the Proposed Amici submit is timely. The Proposed Amici submit the proposed brief in accordance with the stipulated briefing schedule between the parties, which sets September 9, 2016 as the deadline for "*Amicus Curiae* Briefs in Support of Plaintiffs' Motion." Dkt No. 45 [stipulated briefing schedule]; *see also* Dkt No. 46 [order granting stipulated briefing schedule]. Furthermore, the proposed brief satisfies the requirements for *amicus* briefs that the Court set forth in its July 11, 2016 minute order. *See* Dkt No. 22. The proposed brief does not exceed twelve pages and, as explained below, it offers a new and different perspective on the issues raised in the Plaintiffs' injunction motion. Moreover, the Court will hear the Plaintiffs' motion on October 6, 2016, and submission of this brief does not affect the hearing date or any other aspect of the briefing schedule set by the Court.

## II. INTERESTS OF *AMICI CURIAE* AND HOW THEIR EXPERTISE WILL BENEFIT THE COURT

The Internet Association and CALinnovates are membership organizations representing technology and entrepreneur communities that share an interest in advocating the proper application of the Communications Decency Act ("CDA"), 47 U.S.C. § 230, to Internet intermediaries, hosting platforms and other online service providers.

***The Internet Association*** represents roughly forty leading technology companies, including Amazon, eBay, Facebook, and Google, as well as Airbnb and Expedia. Its membership includes a broad range of Internet intermediaries, from travel sites and ride-hailing platforms to social networking services and search engines. The Internet Association

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  advances public policy solutions that strengthen and protect Internet freedoms, foster
2  innovation and economic growth, and empower small businesses and the public.

3    *CALinnovates* is a coalition of technology leaders, start-ups, and entrepreneurs that
4  champions the rise of innovation in the United States and its unmistakably beneficial impact
5  for consumers of all socio-economic strata, states and localities' tax bases, and the economy.
6  CALinnovates advocates the development of a modern, Internet-enabled economy, and
7  supports policies that increase investment, technology infrastructure, competition and
8  consumer choice in the marketplace.

9    No party has provided any compensation for this brief in or authored any part of the
10 brief.  The sole interest of the Amici is advocating a principled interpretation of Section 230.
11 Congress enacted Section 230 of the CDA to promote the growth and development of the
12 Internet, and both the Internet Association and CALinnovates have a substantial interest in
13 this proceeding and its potential impact on the application of the Section 230 immunities to
14 platform-based marketplaces more broadly.

15    The proposed brief provides information that is important to the Court's consideration
16 of how Section 230, and its underlying policies and purposes, applies to Plaintiffs' motion,
17 and the effects that this Court's decision could have for technology companies, especially
18 emerging enterprises.

### III.  CONCLUSION

20    The questions at issue in this action are vitally important to both the public and the
21 Proposed Amici.  Proposed Amici therefore respectfully request that the Court grant them
22 leave to appear and file the accompanying brief.

23 Dated:   September 8, 2016          FENWICK & WEST LLP

                                       By:   */s/ Andrew P. Bridges*
                                             Andrew P. Bridges

                                             Andrew P. Bridges
                                             Guinevere L. Jobson
                                             Matthew B. Becker
                                             FENWICK & WEST LLP
                                             555 California Street, 12th Floor

MOTION FOR LEAVE TO FILE BRIEF
AS *AMICI CURIAE*                    3                     CASE NO. 16-cv-03615

San Francisco, CA  94104
Telephone: 415.875.2300
Facsimile:  415.281.1350
abridges@fenwick.com
gjobson@fenwick.com
mbecker@fenwick.com

Armen N. Nercessian
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:  650.988.8500
Facsimile:  650.938.5200
anercessian@fenwick.com

Attorneys for *Amici Curiae*
The Internet Association and CALinnovates