ANDREW P. BRIDGES (CSB No. 122761)
abridges@fenwick.com
GUINEVERE L. JOBSON (CSB No. 251907)
gjobson@fenwick.com
MATTHEW B. BECKER (CSB No. 291865)
mbecker@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Tel: (415) 875-2300
Fax: (415) 281-1350

ARMEN N. NERCESSIAN (CSB No. 284906)
anercessian@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Tel: (650) 988-8500
Fax: (650) 938-5200

Attorneys for *Amici Curiae*
The Internet Association and CALinnovates

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIRBNB, INC. and HOMEAWAY.COM, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No. 3:16-cv-03615-JD<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF THE INTERNET ASSOCIATION AND CALINNOVATES AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' JOINT MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. James Donato<br>Crtm: 11, 19th Floor<br>Time: Oct. 6, 2016 at 10:00am |

The Internet Association and CALinnovates have moved for leave to appear and file a brief as *amici curiae* in support of Airbnb, Inc. and HomeAway.com, Inc.'s joint motion for preliminary injunction. Having reviewed the proposed brief and considered the motion, this Court GRANTS the motion of proposed *amici curiae* the Internet Association and CALinnovates

1   for leave to file a brief of *amici curiae* in support of Plaintiffs' joint motion for preliminary

2   injunction.  Amici shall file the brief within two court days.

3   **IT IS SO ORDERED.**

5   Dated: _____     _____

6   The Honorable James Donato
    United States District Judge for the
    Northern District of California