DAVID GREENE (SBN 160107)
davidg@eff.org
LEE TIEN (SBN 148216)
tien@eff.org
CORYNNE MCSHERRY (SBN 221504)
corynne@eff.org
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

Attorneys for *Amici Curiae*
Electronic Frontier Foundation,
Center For Democracy and Technology,
Daphne Keller, Eric Goldman and
Eugene Volokh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIRBNB, INC. and HOMEAWAY.COM, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No. 3:16-cv-03615-JD <br><br> **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OF ELECTRONIC FRONTIER FOUNDATION, CENTER FOR DEMOCRACY AND TECHNOLOGY, DAPHNE KELLER, ERIC GOLDMAN AND EUGENE VOLOKH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br> Judge: Hon. James Donato <br> Crtm: 11, 19th Floor <br> Time: October 6, 2016 at 10:00 a.m. |

Before the Court is the motion for leave to file the *amicus curiae* brief of Electronic Frontier Foundation, Center for Democracy and Technology, Daphne Keller, Eric Goldman, and Eugene Volokh in Support of Plaintiffs' Joint Motion For Preliminary Injunction.

Having reviewed the proposed brief and considered the motion, it is hereby **ORDERED** that the motion for leave to file the *amicus curiae* brief is **GRANTED**.

**IT IS SO ORDERED.**

DATED: _____     _____
                                                                         The Honorable James Donato
                                                                         United States District Judge