DENNIS J. HERRERA, State Bar #139669
City Attorney
JAMES M. EMERY, State Bar #153630
ROBB W. KAPLA, State Bar #238896
SARA J. EISENBERG, State Bar #269303
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4602
Telephone:     (415) 554-4628
Facsimile:      (415) 554-4757
E-Mail:          jim.emery @sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRBNB, INC.,<br><br>    Plaintiff,<br><br>HOMEAWAY.COM, INC.,<br><br>    Plaintiff-Intervenor,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 3:16-cv-03615-JD<br><br>**DECLARATION OF JAMES M. EMERY IN SUPPORT OF SAN FRANCISCO'S OPPOSITION TO PRELIMINARY INJUNCTION MOTION**<br><br>Hearing Date:    October 6, 2016<br>Time:    10:00 a.m.<br>Place:    Courtroom 11<br><br>Trial Date:    Not set |

I, James M. Emery, declare:

1. I am an attorney duly licensed in the State of California, and am a Deputy City Attorney in the City Attorney's Office which is counsel for defendant City and County of San Francisco ("San Francisco") in this matter. I have personal knowledge of the facts set forth below. If called to testify to the facts stated below, I could and would testify to them competently.

2. According to the legislative notes accompanying the official version of San Francisco's Administrative Code, San Francisco enacted Chapter 41A of its Administrative Code in 1981, and Chapter 41A was first amended in 2012. A true and correct copy of the original version of Chapter 41A, as enacted in 1981, is attached hereto as **Exhibit A**. Melissa Millsaps, Legislative Aide for the City Attorney's Office, provided me this copy of Chapter 41A from a pre-2012 version of the San Francisco Codes that she maintains in the regular course of her duties.

3. A true and correct copy of San Francisco Ordinance 224-12, enacted in 2012, is attached hereto as **Exhibit B**.

4. A true and correct copy of San Francisco Ordinance 178-16, enacted n August 2016, is attached hereto as **Exhibit C**.

5. A true and correct copy of the article entitled "Airbnb may not be worth $30 billioin if illegal listings go away, said VC," dated June 30, 2016, is attached hereto as **Exhibit D**. The article is available at http://www.cnbc.com/2016/06/30/airbnb-may-not-be-worth-30-billion-if-illegal-listings-go-away-said-vc.html (visited Sept. 19, 2016).

6. A true and correct copy of a screen shot from Uber's website is attached hereto as **Exhibit E**. The screenshot comes from the site https://www.uber.com/drive/ (visited Sept. 19, 2016).

7. A true and correct copy of "Airbnb's Work to Fight Discrimination and Build Inclusion, dated Sept. 8, 2016, is attached hereto as **Exhibit F**. The report is available at http://blog.airbnb.com/wp-content/uploads/2016/09/REPORT_Airbnbs-Work-to-Fight-Discrimination-and-Build-Inclusion.pdf (visited Sept. 19, 2016.).

8. A true and correct copy of a screen shot from a San Francisco host's listing on Airbnb is attached hereto as **Exhibit G**. The screenshot comes from https://www.airbnb.com/rooms/6812162?sug=51 (visited Sept. 19, 2016).

9. A true and correct copy of a forum discussion among San Francisco hosts is attached hereto as **Exhibit H**. This discussion is available at https://community.airbnb.com/t5/Hosts/where-is-the-quot-Permit-Tax-ID-quot-field/td-p/24592 (visited Sept. 19, 2016).

Executed on September 19, 2016, at San Francisco, California.

                                                                 /s/ James M. Emery
                                                                    James M. Emery