1  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
2  ELLEN M. RICHMOND (State Bar No. 277266)
   ellen.richmond@mto.com
3  JOSHUA PATASHNIK (State Bar No. 295120)
   josh.patashnik@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
5  San Francisco, CA  94105-4000
   Telephone:     (415) 512-4000
6  Facsimile:      (415) 512-4077

7  Attorneys for Plaintiff Airbnb, Inc.

8  JAMES C. GRANT (*pro hac vice*)
   jamesgrant@dwt.com
9  AMBIKA K. DORAN (*pro hac vice*)
   ambikadoran@dwt.com
10 DAVIS WRIGHT TREMAINE LLP
   1201 Third Avenue, Suite 2200
11 Seattle, Washington  98101
   Telephone:  (206) 757-8136
12 Facsimile:  (206) 757-7136

13 Attorneys for Plaintiff HomeAway.com, Inc.

14 *[Additional counsel listed on next page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIRBNB, INC. and HOMEAWAY.COM, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No. 3:16-cv-03615-JD<br><br>**SUPPLEMENTAL DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF PLAINTIFFS' REPLY** |

*Additional counsel:*

JOHN W. SPIEGEL (State Bar No. 78935)
john.spiegel@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiff Airbnb, Inc.

THOMAS R. BURKE (CA State Bar No. 141930)
thomasburke@dwt.com
SANJAY M. NANGIA (CA State Bar No. 264986)
sanjaynangia@dwt.com
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone: (415) 276-6500
Facsimile: (415) 276-6599

Attorneys for Plaintiff HomeAway.com, Inc.

I, Jonathan H. Blavin, declare as follows:

1. I am an attorney licensed in the State of California and admitted to practice before this Court. I am counsel for Plaintiff Airbnb, Inc. in the above captioned matter. I have personal knowledge of the facts set forth below, and could testify competently to those facts if called to do so.

2. Attached hereto as Exhibit A is a true and correct copy of an article written by Carolyn Said entitled "Airbnb Preps Ad Blitz as SF Hikes Host Fees 400 Percent," published on September 14, 2016. Munger, Tolles & Olson employees working at my direction obtained a copy of this article from the following website: http://www.sfchronicle.com/business/article/Airbnb-preps-ad-blitz-as-SF-hikes-host-fees-400-9220989.php.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 26, 2016, in San Francisco, California.

               */s/ Jonathan H. Blavin*
                 Jonathan H. Blavin