UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRBNB, INC., et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>             Defendant. | Case No. 3:16-cv-03615-JD<br><br>**ORDER RE AMICUS BRIEFS**<br><br>Re: Dkt. Nos. 54, 55 |

The requests for leave to file an amicus brief by The Internet Association and CALinnovates, Dkt No. 54, and the Electronic Frontier Foundation, *et al.*, Dkt. No. 55, are denied. The Court previously advised that it would be "very unlikely to permit briefs that simply endorse, repeat or extend arguments made by the parties." Dkt. No. 22. The proposed briefs do just that, and do not provide the Court "with any unique information or a unique perspective on the issues raised." *Merritt v. McKenney*, No. C 13-01391 JSW, 2013 WL 4552672, at *4 (N.D. Cal. Aug. 27, 2013). Consequently, the Court declines to consider them.

**IT IS SO ORDERED.**

Dated: November 8, 2016

_____
JAMES DONATO
United States District Judge