JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ELLEN M. RICHMOND (State Bar No. 277266)
ellen.richmond@mto.com
JOSHUA PATASHNIK (State Bar No. 295120)
josh.patashnik@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-4000
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

JOHN W. SPIEGEL (State Bar No. 78935)
john.spiegel@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Plaintiff Airbnb, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIRBNB, INC., <br><br> Plaintiff, <br><br> HOMEAWAY.COM, INC., <br><br> Plaintiff-Intervenor, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No. 16-cv-03615-JD <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER SETTLEMENT CONFERENCE AND STAY OF ENFORCEMENT** <br><br> Judge:          Hon. James Donato <br> Courtroom:   11 <br> Action Filed:  June 27, 2016 |

**STIPULATION**

WHEREAS, on November 18, 2016, this Court entered an order enjoining enforcement of Section 41A.5 of the San Francisco Administrative Code (the "Ordinance") through and including December 1, 2016;

WHEREAS, on November 29, 2016, the parties participated in a settlement conference with Magistrate Judge Corley;

WHEREAS, on November 29, 2016, the parties filed a stipulation and proposed order with the Court informing the Court that they intended to continue discussing settlement, both privately and with Magistrate Judge Corley, and that they agreed that the City and County of San Francisco (the "City") would not enforce Section 41A.5 of the Ordinance against hosting platforms through and including January 27, 2017;

WHEREAS, on November 29, 2016, the Court entered an order providing that the City would not enforce Section 41A.5 of the Ordinance against hosting platforms through and including January 27, 2017, and scheduled a Case Management Conference for January 26, 2017 at 10:00 a.m.;

WHEREAS, the parties have continued discussing settlement since November 29, 2016, both privately and with Magistrate Judge Corley, and intend to continue doing so, including at a settlement conference on February 28, 2017, and agree that the City will not enforce Section 41A.5 of the Ordinance against hosting platforms through and including March 3, 2017; and

WHEREAS, the parties request that the Court vacate the Case Management Conference scheduled for January 26, 2017, and hold a Case Management Conference on March 2, 2017.

THE PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AS FOLLOWS:

The City will not enforce Section 41A.5 of the Ordinance against hosting platforms, including retroactively, through and including March 3, 2017.  The Case Management Conference scheduled for January 26, 2017 at 10:00 a.m. is vacated, and the parties will attend a Case Management Conference on March 2, 2017 at a time to be determined by the Court.

| | | |
|---|---|---|
| DATED: January 25, 2017 | | MUNGER, TOLLES & OLSON LLP<br>    JOHN W. SPIEGEL<br>    JONATHAN H. BLAVIN<br>    ELLEN M. RICHMOND<br>    JOSHUA PATASHNIK |

By:    */s/ Jonathan H. Blavin*
        JONATHAN H. BLAVIN
Attorneys for Plaintiff Airbnb, Inc.

DATED: January 25, 2017         DAVIS WRIGHT TREMAINE LLP
    JAMES C. GRANT
    AMBIKA K. DORAN

By:    */s/ Ambika K. Doran*
        AMBIKA K. DORAN
Attorneys for Plaintiff-Intervenor HomeAway.com, Inc.

DATED: January 25, 2017         DENNIS J. HERRERA
City Attorney
WAYNE SNODGRASS
JAMES M. EMERY
SARA EISENBERG
ROBB W. K.APLA
Deputy City Attorneys

By:    */s/ Sara Eisenberg*
        SARA EISENBERG
Attorneys for Defendant City and County of San Francisco

## **FILER'S ATTESTATION**

I, Jonathan H. Blavin, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER SETTLEMENT CONFERENCE AND STAY OF ENFORCEMENT.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

**[PROPOSED] ORDER**

The City and County of San Francisco will not enforce Section 41A.5 of the Ordinance against hosting platforms, including retroactively, through and including March 3, 2017. The Case Management Conference scheduled for January 26, 2017 at 10:00 a.m. is vacated. The parties will attend a Case Management Conference on March 2, 2017 at a time to be determined by the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated:_____

Judge James Donato
United States District Court Judge