JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ELLEN M. RICHMOND (State Bar No. 277266)
ellen.richmond@mto.com
JOSHUA PATASHNIK (State Bar No. 295120)
josh.patashnik@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, CA 94105-4000
Telephone:    (415) 512-4000
Facsimile:    (415) 512-4077

JOHN W. SPIEGEL (State Bar No. 78935)
john.spiegel@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

Attorneys for Plaintiff Airbnb, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIRBNB, INC.,<br><br>    Plaintiff,<br><br>HOMEAWAY.COM, INC.,<br><br>    Plaintiff-Intervenor,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 16-cv-03615-JD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER SETTLEMENT CONFERENCE AND STAY OF ENFORCEMENT**<br><br>Judge:         Hon. James Donato<br>Courtroom:   11<br>Action Filed:  June 27, 2016 |

**STIPULATION**

WHEREAS, on November 18, 2016, this Court entered an order enjoining enforcement of Section 41A.5 of the San Francisco Administrative Code (the "Ordinance") through and including December 1, 2016;

WHEREAS, on November 29, 2016, the parties participated in a settlement conference with Magistrate Judge Corley;

WHEREAS, on November 29, 2016, the parties filed a stipulation and proposed order with the Court informing the Court that they intended to continue discussing settlement, both privately and with Magistrate Judge Corley, and that they agreed that the City and County of San Francisco (the "City") would not enforce Section 41A.5 of the Ordinance against hosting platforms through and including January 27, 2017;

WHEREAS, on November 29, 2016, the Court entered an order providing that the City would not enforce Section 41A.5 of the Ordinance against hosting platforms through and including January 27, 2017, and scheduled a Case Management Conference for January 26, 2017;

WHEREAS, on January 25, 2017, the Court entered an order granting the parties' stipulation providing that that the City would not enforce Section 41A.5 of the Ordinance against hosting platforms through and including March 3, 2017, vacated the Case Management Conference scheduled for January 26, 2017, and scheduled a Case Management Conference for March 2, 2017;

WHEREAS, on March 1, 2017, the Court entered an order granting the parties' stipulation providing that that the City would not enforce Section 41A.5 of the Ordinance against hosting platforms through and including April 7, 2017, vacated the Case Management Conference scheduled for March 2, 2017, and scheduled a Case Management Conference for April 6, 2017;

WHEREAS, on March 30, 2017, the Court entered an order granting the parties' stipulation providing that that the City would not enforce Section 41A.5 of the Ordinance against hosting platforms through and including April 28, 2017, vacated the Case Management

-1-
STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER SETTLEMENT CONFERENCE AND STAY
CASE NO. 16-cv-03615-JD

1  Conference scheduled for March 2, 2017, and scheduled a Case Management Conference for April 27, 2017;

3  WHEREAS, the parties have continued discussing settlement since January 25, 2017, both privately and with Magistrate Judge Corley, and intend to continue doing so, and agree that the City will not enforce Section 41A.5 of the Ordinance against hosting platforms through and including May 12, 2017; and

7  WHEREAS, the parties request that the Court vacate the Case Management Conference scheduled for April 27, 2017, and hold a Case Management Conference on May 11, 2017.

9  THE PARTIES, BY AND THROUGH THEIR UNDERSIGNED COUNSEL, HEREBY STIPULATE AS FOLLOWS:

11  The City will not enforce Section 41A.5 of the Ordinance against hosting platforms, including retroactively, through and including May 12, 2017.  The Case Management Conference scheduled for April 6, 2017 is vacated, and the parties will attend a Case Management Conference on May 11, 2017 at a time to be determined by the Court.

DATED:  April 26, 2017            MUNGER, TOLLES & OLSON LLP
                                  JOHN W. SPIEGEL
                                  JONATHAN H. BLAVIN
                                  ELLEN M. RICHMOND
                                  JOSHUA PATASHNIK


                                  By:   */s/ Jonathan H. Blavin*
                                        JONATHAN H. BLAVIN
                                  Attorneys for Plaintiff Airbnb, Inc.


DATED:  April 26, 2017            DAVIS WRIGHT TREMAINE LLP
                                  JAMES C. GRANT
                                  AMBIKA K. DORAN


                                  By:   *Ambika K. Doran*
                                        AMBIKA K. DORAN
                                  Attorneys for Plaintiff-Intervenor HomeAway.com, Inc.

1  DATED: April 26, 2017                    DENNIS J. HERRERA
                                            City Attorney
2                                           WAYNE SNODGRASS
                                            JAMES M. EMERY
3                                           SARA EISENBERG
                                            ROBB W. K.APLA
4                                           Deputy City Attorneys
5

6

7
                                    By:     */s/ Sara Eisenberg*
8                                           SARA EISENBERG
                                    Attorneys for Defendant City and County of San Francisco
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

I, Jonathan H. Blavin, am the ECF user whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING FURTHER SETTLEMENT CONFERENCE AND STAY OF ENFORCEMENT.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

By: */s/ Jonathan H. Blavin*
     Jonathan H. Blavin
  Attorneys for Plaintiff Airbnb, Inc.

**[PROPOSED] ORDER**

The City and County of San Francisco will not enforce Section 41A.5 of the Ordinance against hosting platforms, including retroactively, through and including May 12, 2017. The Case Management Conference scheduled for April 27, 2017 is vacated. The parties will attend a Case Management Conference on May 11, 2017 at a time to be determined by the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated:_____

Judge James Donato
United States District Court Judge