1  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
2  ELLEN M. RICHMOND (State Bar No. 277266)
   ellen.richmond@mto.com
3  JOSHUA PATASHNIK (State Bar No. 295120)
   josh.patashnik@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street, Twenty-Seventh Floor
5  San Francisco, CA 94105-4000
   Telephone:     (415) 512-4000
6  Facsimile:     (415) 512-4077

7  JOHN W. SPIEGEL (State Bar No. 78935)
   john.spiegel@mto.com
8  MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue, Fiftieth Floor
9  Los Angeles, California 90071
   Telephone:     (213) 683-9100
10 Facsimile:     (213) 687-3702

11 Attorneys for Plaintiff Airbnb, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIRBNB, INC., <br><br> Plaintiff, <br><br> HOMEAWAY.COM, INC., <br><br> Plaintiff-Intervenor, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No. 16-cv-03615-JD <br><br> **STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** <br><br> Judge: Hon. James Donato <br> Courtroom: 11 <br> Action Filed: June 27, 2016 |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | The First Amended Complaints filed by Plaintiffs Airbnb, Inc. and HomeAway.com, Inc. |
| 3 | in this action seek to enjoin and declare unlawful Sections 41A.5(e) and 41A.5(g)(4)(C)–(E) of the |
| 4 | San Francisco Administrative Code. Plaintiffs and Defendant City and County of San Francisco |
| 5 | (the "City") have conferred regarding Plaintiffs' claims, and on May 1, 2017, Plaintiffs and the |
| 6 | City reached a settlement agreement. |
| 7 | In light of the settlement, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the |
| 8 | parties hereby stipulate to dismissal of this action, without prejudice. |
| 9 | The parties also agree that the Honorable Jacqueline Corley, or her successor as named by |
| 10 | Judge Corley and agreed upon by the parties, will retain jurisdiction over this lawsuit for purposes |
| 11 | of enforcing and ensuring compliance with the settlement agreement pursuant to 28 U.S.C. § 636. |
| 12 | The parties intend for this procedure to comply with the requirements for enforcement of |
| 13 | settlement agreements in federal court set forth in *Kokkonen v. Guardian Life Insurance Co. of* |
| 14 | *America*, 511 U.S. 375 (1994). |

DATED: June 16, 2017         MUNGER, TOLLES & OLSON LLP
                                 JOHN W. SPIEGEL
                                 JONATHAN H. BLAVIN
                                 ELLEN M. RICHMOND
                                 JOSHUA PATASHNIK

                             By:   */s/ Jonathan H. Blavin*
                                 JONATHAN H. BLAVIN
                             Attorneys for Plaintiff Airbnb, Inc.

| | | |
|---|---|---|
| DATED: June 16, 2017 | | DAVIS WRIGHT TREMAINE LLP<br>JAMES C. GRANT<br>AMBIKA K. DORAN |

By:  */s/ Ambika K. Doran*
AMBIKA K. DORAN
Attorneys for Plaintiff-Intervenor HomeAway.com, Inc.

DATED: June 16, 2017              DENNIS J. HERRERA
                                  City Attorney
                                  JAMES M. EMERY
                                  SARA EISENBERG
                                  ROBB W. KAPLA
                                  Deputy City Attorneys

By:  */s/ Sara Eisenberg*
SARA EISENBERG
Attorneys for Defendant City and County of San Francisco

## **FILER'S ATTESTATION**

I, Jonathan H. Blavin, am the ECF user whose identification and password are being used to file this STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii). Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that the other above-named signatories concur in this filing.

By: */s/ Jonathan H. Blavin*
Jonathan H. Blavin
Attorneys for Plaintiff Airbnb, Inc.